ORIGINAL

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6841
    Facsimile: (213) 894-7819
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for the
United States of America

FILED 2019 JUL 16 AM 11:37

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 17-08726 DSF (AFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California State Bar No. 110984
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6841
        Facsimile: (213) 894-7819
9       E-mail: Frank.Kortum@usdoj.gov

10 Attorneys for the
   United States of America
11

12                UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *ex rel.* EMILY ROE,<br><br>         Plaintiffs,<br><br>         v.<br><br>STANFORD HEALTHCARE BILLING OFFICE, et al.,<br><br>         Defendants. | No. CV 17-08726 DSF (AFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action"). (The State of California, by and through the California Department of Insurance, filed its Notice of Non-Intervention in 2018.)

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff, Emily Roe ("the relator"), to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court in this action be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts, intervene in this action at a later date for good cause, and seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States, the State of California, and the relator stipulate and request that the relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed on or after July 30, 2019, so that relator and her counsel may be allowed sufficient time to evaluate relator's options with respect to the future course of

1 this action. The United States, the State of California, and the relator further stipulate
2 that all other papers filed or lodged to date in this action should remain under seal
3 because such papers were provided by law to the Court alone for the sole purpose of
4 discussing the content and extent of the governments' investigation, and, thereby,
5 evaluating whether the seal and time for making an election to intervene should be
6 extended.

7     A proposed order is lodged concurrently herewith.

8                          Respectfully submitted,

9 Dated: July 12, 2019       _____
10                          GLORIA JUAREZ
                         Attorney for Relator

12 Dated: July ___, 2019     CALIFORNIA DEPARTMENT OF INSURANCE
                         [See following pages]

13                          _____
14                          NICHOLAS CAMPINS
                         Attorney for the State of California, by and through
15                          the California Insurance Commissioner

17 Dated: July ___, 2019     XAVIER BECERRA
                         Attorney General of the State of California

19                          [See following pages]
20                          SIOBHAN FRANKLIN
                         Deputy Attorney General
21                          Attorneys for the State of California

23 Dated: July 12, 2019      NICOLA T. HANNA
24                          United States Attorney

25                          _____
26                          FRANK D. KORTUM
                         Assistant United States Attorney
27                          Attorneys for the United States of America

28

this action. The United States, the State of California, and the relator further stipulate that all other papers filed or lodged to date in this action should remain under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: July ____, 2019    [See preceding page]
GLORIA JUAREZ
Attorney for Relator

Dated: July 11, 2019    CALIFORNIA DEPARTMENT OF INSURANCE

NICHOLAS CAMPINS
Attorney for the State of California, by and through the California Insurance Commissioner

Dated: July ____, 2019    XAVIER BECERRA
Attorney General of the State of California

See following page

SIOBHAN FRANKLIN
Deputy Attorney General
Attorneys for the State of California

Dated: July 12, 2019    NICOLA T. HANNA
United States Attorney

FRANK D. KORTUM
Assistant United States Attorney
Attorneys for the United States of America

2

this action. The United States, the State of California, and the relator further stipulate that all other papers filed or lodged to date in this action should remain under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: July ____, 2019

[See preceding pages]

GLORIA JUAREZ
Attorney for Relator

Dated: July ____, 2019

CALIFORNIA DEPARTMENT OF INSURANCE

[See preceding pages]

NICHOLAS CAMPINS
Attorney for the State of California, by and through the California Insurance Commissioner

Dated: July 11, 2019

XAVIER BECERRA
Attorney General of the State of California

SIOBHAN FRANKLIN
Deputy Attorney General
Attorneys for the State of California

Dated: July 12, 2019

NICOLA T. HANNA
United States Attorney

FRANK D. KORTUM
Assistant United States Attorney
Attorneys for the United States of America

2

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 16, 2019, I served the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: July 16, 2019. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

NICHOLAS G. CAMPINS
Senior False Claims Attorney
45 Fremont Street, 21st Floor
San Francisco, CA 94105

GLORIA JUAREZ
Law Offices of Gloria Juarez
P.O. Box 4591
Montebello, CA 90640-9310

SIOBHAN FRANKLIN
Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92018

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2019, at Los Angeles, California.

_____
ROZ DAVIS

3