ORIGINAL

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California State Bar No. 110984
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6841
        Facsimile: (213) 894-7819
9       E-mail: Frank.Kortum@usdoj.gov

10 Attorneys for the
   United States of America
11

FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

2019 JUL 16 AM 11:30

LODGED

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15 | UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**, | No. CV 17-08726 DSF (AFMx)
16 | | [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE
17 | Plaintiff[s], |
   | v. |
18 | |
   | **[UNDER SEAL]**, | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**
19 | |
   | Defendant[s]. |
20 | | [FILED CONCURRENTLY HEREWITH: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE]

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California State Bar No. 110984
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6841
        Facsimile: (213) 894-7819
9       E-mail: Frank.Kortum@usdoj.gov

10 Attorneys for the
   United States of America

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *ex rel.* EMILY ROE,<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING OFFICE, et al.,<br><br>Defendants. | No. CV 17-08726 DSF (AFMx)<br><br>[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]<br><br>[FILED CONCURRENTLY HEREWITH: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and the United States, the State of California, and *qui tam* plaintiff Emily Roe (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint and Amended Complaint shall be unsealed on or after July 30, 2019, and the relator shall serve the Amended Complaint upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendants with the Amended Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3);

6. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 7-30-19

_____
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 16, 2019, I served the [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: July 16, 2019. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

NICHOLAS G. CAMPINS
Senior False Claims Attorney
45 Fremont Street, 21st Floor
San Francisco, CA 94105

GLORIA JUAREZ
Law Offices of Gloria Juarez
P.O. Box 4591
Montebello, CA 90640-9310

SIOBHAN FRANKLIN
Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92018

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2019, at Los Angeles, California.

ROZ DAVIS

2