Gloria Juarez, California State Bar No. 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591
Montebello, CA 90640-9310
Tel: 213-598-4439
Fax: 714-919-0254
Email: gloria@thegjlaw.com
          tootsieglo@sbcglobal.net
ATTORNEYS FOR RELATOR EMILY ROE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA, *ex rel.* Emily Roe<br><br>Plaintiff[s],<br><br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE, and DOES 1-10, inclusive,<br>        Defendants. | **No. CV 17-08726 DSF (AFMx)**<br><br>Hon. Dale Fischer<br><br><br><br>**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DOCKET NO. 33)**<br><br><br>Complaint Filed:     December 4, 2017<br>Complaint Unsealed:  July 30, 2019<br>OSC Date:            December 9, 2019 |

//
//
//

---

1
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
CV 17-08726 DSF (AFMx)
*United States vs. Stanford HealthCare*

THE HONORABLE COURT:

COMES NOW the Relator Emily Roe, pursuant to Docket No. 33 the Court's Order to Show Cause as to prosecution of this action.

In relevant history, this False Claims Act (herein "FCA") was filed under seal pursuant to 31 U.S.C. § 3730(b)(2) and (3), and Insurance Code Sections 1871 and 1871.4 on December 4, 2017. (Docket No. 1)

The action remained under seal pursuant to U.S. C. § 3279 *et. seq* during preliminary review by the United States and the State of California. The parties have met and conferred since case inception, and worked courteously, cooperatively, and with civility[1] to jointly resolve the claims in dispute.

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), on April 4, 2018 the United States of America ("United States" or "U.S.") notified the Court of its decision not to intervene *without prejudice* in the above-captioned action ("this action"). The U.S. noticed its directive that it be served all pleadings and orders in the action. (Docket No. 12)

The First Amended Complaint (herein "FAC") was then filed on June 22, 2018 which demonstrated expanded fraud and abuse patterns, as well as added a cause of action pursuant to Cal. Gov't Code §§ 12650-12656 for Medi-Cal False Claims. (*See* Docket No. 15)

Accordingly, the United States requested further enlargement of the seal pursuant to U.S.C. 3279 *et. seq.*, and additional time to evaluate the claims in the First Amended Complaint. The parties cooperatively thus stipulated to an extension of the seal. On February 13, 2019 the Court ordered an enlargement of the sealing period to July 30, 2019, through and by a stipulation of the parties. (*See* Docket No. 27)

On or about July 16, 2019 the U.S. filed its further election to decline intervention *without prejudice*. (*See* Docket No. 30) Nevertheless, the United States has requested to

---

[1] Justice Bedsworth of the Fourth Appellate District quoted on our profession's best practices of "cooperation, courtesy, and civility".

be served on all pleadings and orders in this action, and remains a real party in interest in the federal FCA claim, entitled to joinder the Complaint at anytime, participate in settlement discussions with the parties, file a Complaint-in-intervention, and share in any recovery that may be obtained. 31 U.S.C. 3730(d); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 720 (9th Cir. 1994).

On July 30, 2019 the case was thus unsealed by stipulation of parties, and Order of this court as reflected in Docket Entry No. 32.

Since that time, the parties have been in substantial discussions and have meaningfully met and conferred as to the most judicious manner to effectively resolve at least as to the Second Cause of Action in the FAC as to the California Department of Insurance claims. (Cal. Insurance Code § 1871 et seq.)

Therefore, on December 4, 2019 in order to narrowly tailor the claims in this Federal District to the U.S.C. 3279 (Medicare) and Cal. Gov't Code §§§ 12650-12656 State of California (Medi-Cal) claims, parties stipulated thereto and Relator noticed a voluntary dismissal *without prejudice* the Second Cause of Action ("Violation of Cal. Insurance Code § 1871 et seq.") claim alleged pursuant to THE CALIFORNIA INSURANCE FRAUDS PREVENTION ACT ("IFPA").

This Plaintiff has not previously dismissed any state or federal court action based on or including the same claims against the Defendant(s). Plaintiff, the State of California (through the California Department of Insurance) stipulated to the voluntary dismissal of the Second Cause of Action *without prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).   Therefore, Relator dismissed *without prejudice* the Second Cause of Action alleged under "IFPA" from this proceeding.

As there are two (2) Plaintiffs in this action, it should be clarified that Relator's Notice of Dismissal of the 1871 claims was not intended to do so, and does *not* affect Plaintiff the United States of America whose False Claims Act ("FCA") claims remain in full force as to the First Cause of Action, or Plaintiff The State of California as to the

remaining Third Cause of Action "The California False Claims Act" for California Government Code §§ 12650-12656 for Medi-Cal False Claims.

The Complaint has been transmitted and ordered to be served on Defendants by the designated third-party process server. Thus, notwithstanding the upcoming holiday and end of year calendar break, *there is reasonable expectation that personal service will be effectuated on Defendants at latest by December 31, 2019.*

Defendant(s) have not filed an appearance, an answer, or a motion for summary judgment.  In the interest of expeditious resolution of all of the  claims by Defendants in this action, Relator respectfully seeks leave of court herein that should a resolution of the claims in this action be reached by all parties *prior* to the litigation commencing or substantially proceeding, that upon signed stipulation of all parties, the court grant in its order leave to seal this action,  the Complaint, and First Amended Complaint.  31 U.S.C. § 3730(c)(3)

Therefore, it would be also be requested that the Court at the court's calendar preference, may consider a case management conference set for all parties on or about mid-March 2020 to allow Defendants to make their first appearance, and parties time to meet and confer on the pending  two causes of action.

Respectfully Submitted,

Dated:  December 5, 2019        /S/ GJuarez
                                GLORIA JUAREZ, ESQ.
                                California State Bar No. 109115
                                LAW OFFICES OF GLORIA JUAREZ
                                Attorneys for Relator Emily Roe

4
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
CV 17-08726 DSF (AFMx)
*United States vs. Stanford HealthCare*

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Law Offices of Gloria Juarez. My business address is P.O. Box 4591 Los Angeles, California 90640-9310.

On the referenced date, I served the RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Person(s) and/or Entity(s) to whom mailed:

NICHOLAS G. CAMPINS, ESQ.
STATE OF CALIFORNIA
Senior False Claims Attorney
45 Fremont Street, 21st Floor
P.O. Box 4591
San Francisco, CA  94105
Attorneys for the California
Department of Insurance,

FRANK KORTUM, ESQ.

Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Attorneys for the United States

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2019, at Los Angeles, California.

/S/ A. Long_____
Arthur Long

---

5
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
CV 17-08726 DSF (AFMx)
*United States vs. Stanford HealthCare*