AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

FILED

2018 JUN 22 AM 11: 44



1  Gloria Juarez, Esq. SBN 109115
   LAW OFFICES OF GLORIA JUAREZ
2  P.O. Box 4591
3  Montebello, California 90640-9997
   Telephone (213)598-4439
4  Attorneys for Relator, Emily Roe

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and THE STATE OF CALIFORNIA; *ex. Relator* Emily Roe., an individual;<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE, and DOES 1-10, inclusive,<br>　　　　　　Defendants. | CASE NO. : CV17-08726-DSF<br><br>JUDGE: Hon. Dale S. Fischer<br>[FILED UNDER SEAL PURSUANT TO FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>JURY TRIAL DEMANDED<br><br>**FIRST AMENDED COMPLAINT FOR CIVIL DAMAGES**<br><br>**1. VIOLATION OF 31 U.S.C. §§ 3729-33 FALSE CLAIMS ACT "QUI TAM ACTION"**<br><br>**2. VIOLATION OF CAL. INSURANCE CODE §1871 et.seq.**<br><br>**3. VIOLATION OF CAL. GOV'T CODE §§§ 12650-12656 FOR MEDI-CAL FALSE CLAIMS**<br><br>Complaint Filed:　　Dec. 4, 2017<br>First Amended Complaint:<br>　　　　　　June 20, 2018 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and THE STATE OF CALIFORNIA; ex. Relator Emily Roe, an individual; <br> *Plaintiff(s)* <br> v. <br> STANFORD HEALTHCARE BILLING DEPARTMENT (SEE ATTACHMENT) <br> *Defendant(s)* | Civil Action No. CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  STANFORD HEALTH CARE
MAIL: Office of General Counsel  Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and THE STATE OF CALIFORNIA; ex. Relator Emily Roe, an individual; <br> *Plaintiff(s)* <br><br> v. <br><br> STANFORD HEALTHCARE BILLING DEPARTMENT <br><br> (SEE ATTACHMENT) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DR. FREDERICK DIRBAS
Address: 285 Middle Ave  Menlo Park, CA 94025-5845
Tel.: 650-321-8938
Email: dirbas@stanford.edu
(a.k.a FRED DIRBAS, Frederick M. Dirbas, and Fred Dirkas , and Doing Business As "SOFTWARE FOR SURGEONS")

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591  Montebello, California 90640-9997

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                         _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA; and THE STATE OF CALIFORNIA; ex. Relator Emily Roe, an individual; *Plaintiff(s)* v. STANFORD HEALTHCARE BILLING DEPARTMENT (SEE ATTACHMENT) *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DEBRA ZUMWALT
MAIL: Office of General Counsel Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305
HOME:


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984 UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg. Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br>and<br>THE STATE OF CALIFORNIA;<br>ex. Relator Emily Roe, an individual;<br>*Plaintiff(s)*<br>v.<br>STANFORD HEALTHCARE BILLING DEPARTMENT<br>(SEE ATTACHMENT)<br>*Defendant(s)* | Civil Action No.  CV17-08726-DSF- AFX |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE
MAIL: Office of General Counsel Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and THE STATE OF CALIFORNIA; ex. Relator Emily Roe, an individual; <br> *Plaintiff(s)* <br> v. <br> STANFORD HEALTHCARE BILLING DEPARTMENT (SEE ATTACHMENT) <br> *Defendant(s)* | Civil Action No. CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD
MAIL: Office of General Counsel Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg. Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br>and<br>THE STATE OF CALIFORNIA;<br>ex. Relator Emily Roe, an individual;<br>*Plaintiff(s)*<br>v.<br>STANFORD HEALTHCARE BILLING DEPARTMENT<br>(SEE ATTACHMENT)<br>*Defendant(s)* | Civil Action No. CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THE LELAND JUNIOR UNIVERSITY
MAIL: Office of General Counsel  Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br>and<br>THE STATE OF CALIFORNIA;<br>ex. Relator Emily Roe, an individual;<br>*Plaintiff(s)*<br>v.<br>STANFORD HEALTHCARE BILLING<br>DEPARTMENT<br>(SEE ATTACHMENT)<br>*Defendant(s)* | Civil Action No.  CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY
MAIL: Office of General Counsel  Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gloria Juarez, Esq. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
P.O. Box 4591 Montebello, California 90640-9997

Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br>and<br>THE STATE OF CALIFORNIA;<br>ex. Relator Emily Roe, an individual;<br><br>*Plaintiff(s)*<br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT<br>(SEE ATTACHMENT)<br><br>*Defendant(s)* | Civil Action No. CV17-08726-DSF- AFX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  STANFORD HEALTH CARE ADVANTAGE
　　　　　　　　　　　　　　　　　MAIL: Office of General Counsel  Bldg, 170, 3rd Flr, Main Quad Stanford, CA 94305

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Gloria Juarez, Esq. SBN 109115
　　　　　　　　　　　　　　　　　　LAW OFFICES OF GLORIA JUAREZ
　　　　　　　　　　　　　　　　　　P.O. Box 4591 Montebello, California 90640-9997

　　　　　　　　　　　　　　　　　　Frank Kortum, Esq. SBN 110984   UNITED STATES ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　300 N. Los Angeles Street, Room 7516, Federal Bldg.  Los Angeles, California 90012

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*