KIMBERLY K. CHEMERINSKY (State Bar No. 277637)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: kim.chemerinsky@alston.com

FRANK E. SHEEDER III (Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899
E-mail: frank.sheeder@alston.com

Attorneys for Moving Defendants
**STANFORD HEALTH CARE, STANFORD HEALTH CARE ADVANTAGE, THE LELAND STANFORD JUNIOR UNIVERSITY (A/K/A THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY), DEBRA ZUMWALT, and FREDERICK DIRBAS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF CALIFORNIA<br>*Ex. Relator* Emily Roe., an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 2:17-cv-08726-DSF-AFM<br>Assigned to the Honorable Dale S. Fischer, [Courtroom 7D]<br><br>**DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF SECTIONS VI. AND VII. OF MOVING DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND STRIKE SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Moving Defendants' Reply in Support of Motion to Dismiss and Strike Second Amended Complaint]<br><br>Hearing<br>Date: July 13, 2020<br>Time: 1:30 p.m.<br>Ctrm: First Street Courthouse<br>      Courtroom 7D<br>      350 West 1st Street<br>      Los Angeles, CA 90012<br><br>Second Am. Complaint: March 2, 2020 |

I, Frank E. Sheeder III, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in Texas since 1987, admitted *pro hac vice* before this Court, and counsel of record in this matter for Defendants Stanford Health Care ("SHC"), Stanford Health Care Advantage ("SHCA"), The Leland Stanford Junior University (a/k/a The Board of Trustees of the Leland Stanford Junior University) (the "University"), Debra Zumwalt ("Ms. Zumwalt"), and Frederick Dirbas ("Dr. Dirbas") (collectively "Moving Defendants"). I submit this Declaration in Support of Sections VI. and VII. of Moving Defendants' Reply in Support of Motion to Dismiss and Strike Second Amended Complaint. The facts set forth herein are based on my personal knowledge and, if called upon to do so, I would competently testify thereto.

2. On January 18, 2020, Ms. Juarez, who is Relator's counsel of record in this matter, requested that I provide "courtesy electronic copies" of my client's "pleading(s) and notices" to date and asked that I "indicate if there is any objection to [my] office accepting ECF service for Relator's pleadings." At that time, I was counsel of record for SHC, SHCA, the University, and Ms. Zumwalt.

3. I replied the same day and indicated that "[w]e are fine with having ECF notice of your future filings with the Court." Ms. Juarez confirmed her understanding that my consent was limited to ECF service "in lieu of mail service." I confirmed her understanding of my consent. A true and correct copy of these communications is attached as **Exhibit A**.

4. My consent related to ECF notice of Relator's filings with the Court as covered by Federal Rule of Civil Procedure 5, was limited to the Defendants I represented at the time and did not reference Dr. Dirbas or service of process, which is covered by Federal Rule of Civil Procedure 4. Ms. Juarez confirmed her understanding that my acceptance of her future filings would be "in lieu of mail service."

5. I did not represent Dr. Dirbas when Relator filed the Second Amended Complaint ("SAC") on March 2, 2020, and had not been authorized to accept service of process on his behalf.

6. On the evening of June 28, 2020, the night before Moving Defendants' reply in support of their Motion to Dismiss and Strike Second Amended Complaint was due, Ms. Juarez emailed to me a draft copy of a stipulation she proposed to file to redact some of the full residential addresses included in her client's SAC. This draft was the first document she had proposed to correct her client's violation of Local Rule 5.2-1 since I had raised the issue to her nearly four months earlier. The draft stipulation provided by Ms. Juarez does not mention Local Rule 5.2-1, says that one of the residential addresses in the SAC is "public record," describes the four month delay in drafting the 2-page stipulation as "reasonable," does not address the same violation in the SAC's Certificate of Service, and does not include a copy of Ms. Juarez's referenced declaration in support. A true and correct copy of this communication is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of June 2020, in Dallas, Texas.

*/s/Frank E. Sheeder III*
Frank E. Sheeder III

# Exhibit A

| | |
|---|---|
| **From:** | GLORIA JUAREZ, ESQ. <gloria@thegjlaw.com> |
| **Sent:** | Saturday, January 18, 2020 8:09 PM |
| **To:** | Sheeder, Frank |
| **Cc:** | Smyer, Brad; Chemerinsky, Kim |
| **Subject:** | Re: CV17-08726-DSF(AFMx) Stanford |

**EXTERNAL SENDER – Proceed with caution**

Thank you.

On Sat, Jan 18, 2020 at 5:21 PM Sheeder, Frank <Frank.Sheeder@alston.com> wrote:
Yes, we are amenable to receiving copies of your future filings through the ECF platform.

Frank

On Jan 18, 2020, at 6:34 PM, GLORIA JUAREZ, ESQ. <gloria@thegjlaw.com> wrote:

 EXTERNAL SENDER – Proceed with caution
_____


Counsel,
Thank you for the courtesy copies. We understood that your office is accepting ECF service of our pleadings in lieu of mail service.
If we misunderstood that email today, please let us know.


On Sat, Jan 18, 2020 at 3:12 PM Smyer, Brad <Brad.Smyer@alston.com<mailto:Brad.Smyer@alston.com>> wrote:
Counsel,

Attached please find courtesy copies of the documents filed and served on January 7, 2020.

Thanks,

ALSTON & BIRD

From: Sheeder, Frank
Sent: Saturday, January 18, 2020 4:48 PM
To: GLORIA JUAREZ, ESQ. <gloria@thegjlaw.com<mailto:gloria@thegjlaw.com>>
Cc: Chemerinsky, Kim <Kim.Chemerinsky@alston.com<mailto:Kim.Chemerinsky@alston.com>>; Smyer, Brad <Brad.Smyer@alston.com<mailto:Brad.Smyer@alston.com>>
Subject: Re: CV17-08726-DSF(AFMx) Stanford

Gloria,

We will send you courtesy copies of our filings to date by email. Note that they are all currently available on the ECF platform, if that is helpful to you.

1

4


We are fine with having ECF notice of your future filings with the Court.

Frank

On Jan 18, 2020, at 4:13 PM, GLORIA JUAREZ, ESQ. <gloria@thegjlaw.com<mailto:gloria@thegjlaw.com>> wrote:
 EXTERNAL SENDER – Proceed with caution
_____

Counsel,
Your office apparently attempted to serve our office but due to a UPS procedural error, the package was returned to your office. In light of this and the imminent deadline to file our response briefs, would you be able to send courtesy electronic copies of all your pleading(s) and notices as filed with the court? Please also indicate if there is any objection to your office accepting ECF service for Relator's pleadings.
Thank you in advance for your anticipated cooperation.


--

GJ

Gloria Juarez

LAW OFFICES OF GLORIA JUAREZ

ORANGE COUNTY OFFICE

26081 Merit Circle , Suite 112

Laguna Hills, CA 92653

Tel. 213-598-4439

Facsimile 714-919-0254




_____
NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.


--

GJ

Gloria Juarez

LAW OFFICES OF GLORIA JUAREZ

ORANGE COUNTY OFFICE

26081 Merit Circle , Suite 112

Laguna Hills, CA 92653

Tel. 213-598-4439

Facsimile 714-919-0254

--

# GJ

**Gloria Juarez**
**LAW OFFICES OF GLORIA JUAREZ**

**ORANGE COUNTY OFFICE**
**26081 Merit Circle , Suite 112**
**Laguna Hills, CA 92653**
**Tel. 213-598-4439**
Facsimile 714-919-0254

3

6

# Exhibit B

**From:** "GLORIA JUAREZ, ESQ. LAW" <gloria@thegjlaw.com>
**Date:** June 28, 2020 at 6:27:45 PM CDT
**To:** "Sheeder, Frank" <Frank.Sheeder@alston.com>
**Subject: Draft Stipulation re SAC: STANFORD**

**EXTERNAL SENDER – Proceed with caution**

Hi Frank,
I hope you had a good weekend.
Please find the draft Stipulation for filing a redacted SAC as your clients requested.
If acceptable, please sign and return to me for filing.
Thanks

--

# GJ

**Gloria Juarez**
**LAW OFFICES OF GLORIA JUAREZ**

ORANGE COUNTY OFFICE
26081 Merit Circle , Suite 112
Laguna Hills, CA 92653
Tel. 213-598-4439

Gloria M. Juarez, California State Bar No. 109115
**LAW OFFICES OF GLORIA JUAREZ**
26081 Merit Circle, Suite 112
Laguna Hills, CA 92653
Tel: 213-598-4439
Fax: 714-919-0254
Email: gloria@thegjlaw.com
          tootsieglo@sbcglobal.net
ATTORNEYS FOR RELATOR EMILY ROE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. EMILY ROE,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING OFFICE, et al.,<br><br>Defendants. | No. CV 17-08726 DSF (AFMx)<br>Judge:   The Hon. Dale Fischer<br><br>**STIPULATION AND REQUEST TO SEAL ECF NO. 55, AND REFILE A REDACTED COPY OF THE SECOND AMENDED COMPLAINT ("SAC") AS TO DEFENDANTS' STREET ADDRESSES IN ¶¶ 18-19 OF THE SAC**<br><br>[Lodged concurrently with the Declaration of Gloria Juarez and [Proposed] Order] |

1

STIPULATION AND REQUEST TO SEAL ECF NO. 55, AND REFILE A
REDACTED COPY OF THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the *qui tam* relator Emily Roe ("Relator"), and Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Stanford Junior University (a/k/a The Board of Trustees of the Leland Stanford Junior University), Debra Zumwalt, and Frederick Dirbas (collectively, "Defendants") (collectively, with the Relator, the "Parties") through their respective attorneys of record and subject to the approval of the Court, that ECF No. 55 will be sealed, and a redacted copy of the pleading (Second Amended Complaint ("SAC")) just as to the street addresses in ¶¶18-19 be filed. The Parties' Stipulation is made pursuant to the following good cause and basis:

1. WHEREAS on March 2, 2020 Relator filed the Second Amended Complaint ("SAC") pursuant to 31 U.S.C § 3279, a civil complaint for false claims action. (ECF No. 55);
2. WHEREAS on or about March 10, 2020 Defendants contended that the addresses of the two Defendants listed in ¶¶18 and 19 of the SAC were considered by those Defendants "personal or sensitive information" and should not be in the SAC, thereby objecting to the party addresses in the SAC;
3. WHEREAS, Relator disagrees with Defendants' contentions that the SAC has sensitive information, and asserts that the addresses in ¶¶18-19 are of public record as listed in online yellow page business directories for Defendants including Dr. Fred Dirbas doing business as "Software for Surgeons";
4. WHEREAS, on March 13, 2020 Relator in a spirit of good faith and compromise agreed to have Defendants file a prepared stipulation sealing the original SAC and filing a redaction of the address in ¶¶18-19, and Defendants so declined;
5. WHEREAS the national COVID-19 crisis and pandemic caused a lockdown

     and cease of many non-essential operations and businesses in California from on or about March 18, 2020 to at least May 18, 2020, hence there was a reasonable lapse in time with the requisite further meet and confer efforts of the Parties for the Stipulation;

6. WHEREAS, the Parties now wish to resolve any potential issue about Defendants' "sensitive information" in the SAC and narrow the issues before the Court without taking a position on the Parties' respective contentions; and

7. The Stipulating Parties agree that, under the circumstances described above, the interests of judicial efficiency would be best served if the Court would accept the Parties' herewith Stipulation, and allow the parties to seal ECF No. 55, and to re-file a SAC, redacted only as to the street addresses in ¶¶18-19.

                                Respectfully submitted,

                                /s/GJuarez

Dated: June 28, 2020

                            GLORIA M. JUAREZ
                            **LAW OFFICES OF GLORIA JUAREZ**
                            Attorneys for Relator

Dated: June 28, 2020

                            FRANK SHEEDER
                            Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I caused a copy of the **DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF SECTIONS VI. AND VII. OF MOVING DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND STRIKE SECOND AMENDED COMPLAINT** to be served upon the following counsel and parties in interest via the Court's CM/ECF system:

| | |
|---|---|
| Gloria Juarez, Esq.<br>Law Offices of Gloria Juarez<br>26081 Merit Circle, Suite 112<br>Laguna Hills, California 92653 | Frank D. Kortum<br>Assistant United States Attorney<br>Room 7516, Federal Building<br>300 N. Los Angeles St.<br>Los Angeles, CA 90012 |
| **Counsel for Relator** | **Counsel for the United States of America** |

/s/  *Frank E. Sheeder III*
Counsel for Moving Defendants