KIMBERLY K. CHEMERINSKY (State Bar No. 277637)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:   213-576-1100
Email:        kim.chemerinsky@alston.com

FRANK E. SHEEDER III (Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:  214-922-3400
Facsimile:   214-922-3899
E-mail:        frank.sheeder@alston.com

Attorneys for Moving Defendants
**STANFORD HEALTH CARE, STANFORD HEALTH CARE ADVANTAGE, THE LELAND STANFORD JUNIOR UNIVERSITY (A/K/A THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY), DEBRA ZUMWALT, and FREDERICK DIRBAS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF CALIFORNIA<br>*Ex. Relator* Emily Roe., an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND STANFORD JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08726-DSF-AFM<br>Assigned to the Honorable Dale S. Fischer, [Courtroom 7D]<br><br>**DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 10(A)**<br><br>[Filed concurrently with Moving Defendants' Reply in Support of Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 10(a)]<br><br>Hearing<br>Date: July 13, 2020<br>Time: 1:30 p.m.<br>Ctrm: First Street Courthouse<br>          Courtroom 7D<br>          350 West 1st Street<br>          Los Angeles, CA 90012<br><br>Second Am. Complaint:  March 2, 2020 |

I, Frank E. Sheeder III, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice law in Texas since 1987, admitted *pro hac vice* before this Court, and counsel of record in this matter for Defendants Stanford Health Care ("SHC"), Stanford Health Care Advantage ("SHCA"), The Leland Stanford Junior University (a/k/a The Board of Trustees of the Leland Stanford Junior University) (the "University"), Debra Zumwalt ("Ms. Zumwalt"), and Frederick Dirbas ("Dr. Dirbas") (collectively "Moving Defendants"). I submit this declaration in support of Moving Defendants' Reply in Support of Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 10(a).  The facts set forth herein are based on my personal knowledge and, if called upon to do so, I would competently testify thereto.

2.      Gloria Juarez is Relator's counsel of record in this matter.  The Court's docket currently shows Ms. Juarez's preferred email address as "gloria@thegjlaw.com" and her mailing address as "26081 Merit Circle Suite 112, Laguna Hills, CA 92653."  Relator's recent filings also contain this information.  A true and correct copy of the Court's docket for this matter on June 26, 2020, available through the online Case Management/Electronic Case Files system, is attached as **Exhibit A**.

3.      The website associated with Ms. Juarez's email address, thegjlaw.com ("Ms. Juarez's Website"), states that she is a partner in The Law Offices of Gloria Juarez, also referred to as "Gloria Juarez Law" or "GJLaw."  Ms. Juarez's Website also describes her practice as focusing on the False Claims Act, states that her office is currently investigating fraud allegations against SHC, invites potential witnesses to contact her, and includes links to filings from this matter.  True and correct PDF copies of the "Home" page and the "Stanford HealthCare False Claims" page (available through the "More" link on the "Home" page) from Ms. Juarez's Website on June 26, 2020, are attached as **Exhibit B**.

4.     Ms. Juarez's Website lists the telephone number (949) 288-3402 for "Media Inquiries."  That number was previously listed on Ms. Juarez's Website as the telephone number for an "Apprentice."  True and correct redacted PDF copies of the "Home" page and the "Stanford HealthCare False Claims" page (available through the "More" link on the "Home" page) from Ms. Juarez's Website on January 31, 2020, are attached as **Exhibit C**.

5.     I am aware of at least five press releases issued by GJLaw about this matter, each of which list Gloria Juarez as the contact person for the press release and include the telephone number referenced in paragraph 4 above: (1) "Whistleblower Lawsuit Recently Unsealed," www.pr.com/press-release/795828 (October 18, 2019); (2) "DOJ Issues 'Statement of Interest' in Stanford Health Billing Fraud Case," www.pr.com/press-release/804246 (January 30, 2020); (3) "Newly Unsealed Lawsuit in Federal Court Alleges Ongoing Healthcare Fraud by Stanford and Stanford Healthcare in Palo Alto, California," https://www.pr.com/press-release/795848 (January 31, 2020); (4) "New Complaint Filed in United States vs. Stanford Health Care (Stanford Hospitals) Alleged Billing Fraud Case," https://www.pr.com/press-release/807582 (March 10, 2020); and (5) "Stanford Hospital Accused of Alleged $468 Million Dollar Healthcare Billing Fraud; DOJ Filed its Second Statement of Interest in Federal Court," https://www.pr.com/press-release/815114 (June 19, 2020).  True and correct copies of these press releases are attached respectively as **Exhibits D**, **E**, **F**, **G**, and **H**.

6.     A log of Freedom of Information Act ("FOIA") requests received by the Centers for Medicare and Medicaid Services ("CMS") during March 2017 does not list any requestors with the name "Emily Roe," the name printed on the medical records attached to the Second Amended Complaint, or anything that resembles the partial name for the "Apprentice" formerly included on Ms. Juarez's Website.  A true and correct copy of that log, which is available on CMS's website at

DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 10(A)

1   https://www.cms.gov/Regulations-and-Guidance/Legislation/FOIA/rdgroom,   is

2   attached as **Exhibit I**.

3

4

5       I declare under penalty of perjury under the laws of the United States that the

6   foregoing is true and correct. Executed this 29th day of June 2020, in Dallas, Texas.

7

8               */s/Frank E. Sheeder III*

9                 Frank E. Sheeder III

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

ACCO,(AFMx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:17-cv-08726-DSF-AFM

| | |
|---|---|
| United States of America et al v. Stanford Healthcare Billing Office et al | Date Filed: 12/04/2017 |
| Assigned to: Judge Dale S. Fischer | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Alexander F. MacKinnon | Nature of Suit: 375 Other Statutes: False Claims Act |
| Cause: 31:3729 False Claims Act | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**
*ex. rel. Emily Roe, an individual*

represented by **Frank D Kortum**
AUSA - Office of US Attorney
Asset Forfeiture Section
300 N Los Angeles Street Rm 7516
Los Angeles, CA 90012
213-894-6841
Fax: 213-894-7819
Email: frank.kortum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent A Whittlesey**
AUSA - Office of US Attorney
Civil Fraud Section
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-2445
Fax: 213-894-7819
Email: brent.whittlesey@usdoj.gov
*TERMINATED: 02/21/2019*

**Plaintiff**

**The State of California**
*ex. rel. Emily Roe, an individual*

**Plaintiff**

**Emily Roe**
*ex. rel.*

represented by **Gloria M Juarez**
Law Offices of Gloria Juarez
26081 Merit Circle Suite 112
Laguna Hills, CA 92653
213-598-4439
Fax: 714-919-0254
Email: gloria@thegjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

5

V.

**<u>Defendant</u>**

**Stanford Healthcare Billing Department**

**<u>Defendant</u>**

**Stanford Health Care**
*formerly known as*
Stanford Hospitals and Clinics

represented by **Frank E Sheeder , III**
Alston and Bird LLP
2200 Ross Avenue Suite 2300
Dallas, TX 75201
214-922-3420
Fax: 214-922-3899
Email: frank.sheeder@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Kisabeth Chemerinsky**
Alston and Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071
213-576-1000
Fax: 213-576-1100
Email: kim.chemerinsky@alston.com
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Dr. Frederick Dirbas**

represented by **Frank E Sheeder , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**The Board of Directors of the Stanford
Health Care**

**<u>Defendant</u>**

**The Board of Directors of the Lucile
Salter Packard Childrens Hospital at
Standord**

**<u>Defendant</u>**

**The Leland Junior University**

represented by **Frank E Sheeder , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

6

**Defendant**

**The Board of Trustees of Stanford University**

**Defendant**

**Does**
*1-10*

**Defendant**

**Debra Zumwalt**                            represented by **Frank E Sheeder , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford Health Care Advantage**        represented by **Frank E Sheeder , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Kisabeth Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DR. Dirbas Frederick**

**Interested Party**

**Los Angeles County District Attorney's Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2017 | 1 | COMPLAINT against Defendants Case assigned to Judge Dale S. Fischer for all further proceedings. Discovery referred to Magistrate Judge Alexander F. MacKinnon.(Filing fee $ 400 PAID) Jury Demanded, filed by Plaintiff Emily Roe. (Attachments: # 1 Part 2 of Complaint, # 2 Part 3 of Complaint, # 3 Part 4 of Complaint, # 4 Part 5 of Complaint, # 5 Part 6 of Complaint, # 6 Part 7 of Complaint) (car) (Entered: 12/06/2017) |
| 12/04/2017 | 2 | CERTIFICATE of Interested Parties filed by Plaintiff Emily Roe (car) (Entered: 12/06/2017) |
| 12/04/2017 | 3 | NOTICE OF ASSIGNMENT to District Judge Dale S. Fischer and Magistrate Judge Alexander F. MacKinnon. (car) (Entered: 12/06/2017) |
| 12/04/2017 | 4 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 12/06/2017) |
| 12/06/2017 | 5 | STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER upon filing of the complaint by Judge Dale S. Fischer. If a party would be entitled to attorneys |

7

| | | |
|---|---|---|
| | | fees, counsel are referred to the Order Re Fees found on Court's website under Judge Fischer's Procedures and Schedules contained in the Judge's Requirements tab. Read all Orders carefully. They govern this case and differ in some respects from the Local Rules. COUNSEL ARE ORDERED TO PROVIDE A MANDATORY CHAMBERS COPY OF THE COMPLAINT, NOTICE OF REMOVAL, AND ANY OTHER INITIATING DOCUMENTS. (dp) (Entered: 12/06/2017) |
| 12/21/2017 | 6 | Mail Returned addressed to Emily Roe re Notice of Assignment to United States Judges(CV-18) - optional html form 3 (yl) (Entered: 12/21/2017) |
| 01/05/2018 | 7 | Mail Returned addressed to Emily Roe re Standing Order upon Filing of Complaint 5 . (pso) (Entered: 01/05/2018) |
| 01/24/2018 | 8 | PROOF OF SERVICE OF SUMMONS AND COMPLAINT. (bp) (Entered: 01/29/2018) |
| 01/24/2018 | 9 | PROOF OF SERVICE OS SUMMONS AND COMPLAINT. (bp) (Entered: 01/29/2018) |
| 02/05/2018 | 10 | NOTICE OF NON INTERVENTION. (bp) (Entered: 02/06/2018) |
| 02/27/2018 | 11 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY by Judge Dale S. Fischer (SEE ORDER FOR SPECIFICS) (bp) (Entered: 03/05/2018) |
| 04/06/2018 | 12 | NOTICE OF ELECTION BY THE UNITED STATED TO DECLINE INTERVENTION filed by Plaintiff United States of America. (bp) (Entered: 04/11/2018) |
| 04/09/2018 | 13 | NOTICE OF DECLINATION TO OF INTERESTED PARTY filed by Interested Party Los Angeles County District Attorney's Office. (bp) (Entered: 04/12/2018) |
| 06/06/2018 | 14 | NOTICE OF ELECTION OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION filed by Plaintiff The State of California. (bp) (Entered: 06/08/2018) |
| 06/22/2018 | 15 | FIRST AMENDED COMPLAINT against Defendants Frederick Dirbas, Does, Stanford Health Care, Stanford Health Care Advantage, Stanford Healthcare Billing Department, The Board of Directors of the Lucile Salter Packard Childrens Hospital at Standord, The Board of Directors of the Stanford Health Care, The Board of Trustees of Stanford University, The Leland Junior University, Debra Zumwalt amending Complaint - (Discovery), 1 , filed by Plaintiff Emily Roe(bp) (Entered: 06/29/2018) |
| 06/22/2018 | 16 | EXHIBIT TO COMPLAINT Filed filed by Plaintiff Emily Roe. as to Amended Complaint, 15 . (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10)(bp) (Entered: 06/29/2018) |
| 09/20/2018 | 17 | SEALED STATUS REPORT filed by Plaintiff United States of America. (yl) (Entered: 09/24/2018) |
| 10/12/2018 | 18 | NOTICE OF MOTION AND MOTION FOR CHANGE OF VENUE to Northern District of California United States of America. Motion set for hearing on 11/19/2018 at 01:30 PM before Judge Dale S. Fischer. (Attorney Frank D Kortum added to party United States of America(pty:pla)) (bp) (Entered: 10/19/2018) |
| 10/31/2018 | 19 | SEALED STIPULATION filed by Plaintiff United States of America.(bp) (Entered: 11/08/2018) |
| 11/01/2018 | 21 | PROOF OF SERVICE filed by Plaintiff United States of America, re NOTICE OF MOTION AND MOTION to Change Venue to Norther District of California 18 served on 10/12/18. (bp) (Entered: 11/08/2018) |
| 11/02/2018 | 20 | ORDER CONTINUING HEARING DATE ON MOTION FOR CHANGE OF VENUE by Judge Dale S. Fischer, re Stipulation to Continue 19 (bp) (Entered: 11/08/2018) |
| 11/27/2018 | 22 | SEALED STIPULATION AND REQUEST TO (1) CONTINUE DATE FOR HEARING |

| | | |
|---|---|---|
| | | ON MOTION FOR CHANGE OF VENUE; AND (2) ESTABLISH DATE FOR EXPIRATION OF INITIAL 60-DAY SEAL PERIOD RE FIRST AMENDED COMPLAINT.(bp) (Entered: 12/03/2018) |
| 11/30/2018 | 23 | SEALED ORDER (1) CONTINUING DATE FOR HEARING ON MOTION FOR CHANGE OF VENUE; AND (2) ESTABLISHING DATE FOR EXPIRATION OF INITIAL 60-DAY SEAL PERIOD RE FIRST AMENDED COMPLAINT ORDER by Judge Dale S. Fischer (bp) (Entered: 12/03/2018) |
| 12/26/2018 | 24 | SEALED STIPULATION AND REQUEST TO CONTINUE DATE FOR HEARING ON MOTION FOR CHANGE OF VENUE; AND CONTINUE DATE FOR EXPIRATION OF INITIAL 60-DAY SEAL PERIOD RE FIRST AMENDED COMPLAINT filed by United States of America.(bp) (Entered: 01/02/2019) |
| 12/27/2018 | 25 | SEALED ORDER CONTINUING DATE FOR HEARING ON MOTION FOR CHANGE OF VENUE; AND CONTINUING DATE FOR EXPIRATION OF INITIAL 6-DAY SEAL PERIOD RE FIRST AMENDED COMPLAINT by Judge Dale S. Fischer. (bp) (Entered: 01/02/2019) |
| 02/08/2019 | 26 | SEALED STIPULATION AND REQUEST TO (1) VACATE DATE FOR HEARING ON MOTION FOR CHANGE OF VENUE AND DEM MOTION WITHDRAWN WITHOUT PREJUDICE; AND 92) CONTINUE DATE FOR EXPIRATION OF SEAL PERIOD RE FIRST AMENDED COMPLAINT. Lodged Lodged Proposed Order. (Attachments: # 1 Proposed Order)(bp) (Entered: 02/12/2019) |
| 02/13/2019 | 27 | SEALED - ORDER (1) Vacating Date for Hearing on Motion for Change of Venue and Deeming Motion Withdrawn Without Prejudice; and (2) Continuing Date for Expiration of Seal Period Re First Amended Complaint by Judge Dale S. Fischer. (jp) (Entered: 02/15/2019) |
| 02/21/2019 | 28 | SEALED NOTICE OF APPEARANCE of Assistant United States Attorney Brent A Whittlesey.(bp) (Entered: 02/25/2019) |
| 02/21/2019 | 29 | SEALED NOTICE OF APPEARANCE of Assistant United States Attorney on behalf of Plaintiff United States of America. (bp) (Entered: 02/25/2019) |
| 07/16/2019 | 30 | NOTICE of Election By the United States to Decline Intervention and Stipulation re Unsealing of Case filed by plaintiff United States of America. (jp) Modified on 8/2/2019 (jp). (Entered: 08/02/2019) |
| 07/30/2019 | 31 | SEALED - NOTICE of Election of The State of California to Decline Intervention filed by plaintiff The State of California. (jp) (Entered: 08/02/2019) |
| 07/30/2019 | 32 | ORDER by Judge Dale S. Fischer Re Election by the United States to Decline intervention and UNSEALING CASE 30 . (SEE ORDER FOR SPECIFICS). (jp) (Entered: 08/02/2019) |
| 11/25/2019 | 33 | ORDER TO SHOW CAUSE re Dismissal for Lack of Prosecution by Judge Dale S. Fischer. Response to Order to Show Cause due by 12/9/2019. (rfi) (Entered: 11/25/2019) |
| 12/06/2019 | 34 | SUMMONS No Fee Required - US Government, filed by Relator Emily Roe.(Juarez, Gloria) (Entered: 12/06/2019) |
| 12/06/2019 | 35 | NOTICE OF DISMISSAL filed by Relator Emily Roe pursuant to FRCP 41a(1) *1871 Claims for Insurance Frauds Prevention Act ("IFPA")* as to The State of California. (Juarez, Gloria) (Entered: 12/06/2019) |
| 12/06/2019 | 36 | RESPONSE filed by Plaintiff Emily Roe *for Order to Show Cause* (Juarez, Gloria) (Entered: 12/06/2019) |

9

| 12/06/2019 | 37 | Request for Clerk to Issue Summons on MISC - Other Miscellaneous Case 34 filed by Relator Emily Roe. (Juarez, Gloria) (Entered: 12/06/2019) |
| --- | --- | --- |
| 12/09/2019 | 38 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER by Judge Dale S. Fischer: The Court, on its own motion, sets a Status Conference for 3/16/2020 at 11:00 AM before Judge Dale S. Fischer. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rfi) TEXT ONLY ENTRY (Entered: 12/09/2019) |
| 12/09/2019 | 39 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 37 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (jp) (Entered: 12/09/2019) |
| 12/10/2019 | 40 | Request for Clerk to Issue Summons on Notice of Deficiency in Request to Issue Summons,, 39 , MISC - Other Miscellaneous Case 34 filed by Relator Emily Roe. (Juarez, Gloria) (Entered: 12/10/2019) |
| 12/12/2019 | 41 | 21 DAY Summons Issued re First Amended Complaint 15 as to Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, Stanford Healthcare Billing Department, The Board of Directors of the Lucile Salter Packard Childrens Hospital at Standord, The Board of Directors of the Stanford Health Care, The Board of Trustees of Stanford University, The Leland Junior University, Debra Zumwalt. (lom) (Entered: 12/12/2019) |
| 01/07/2020 | 42 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. Motion set for hearing on 2/10/2020 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order) (Attorney Kimberly Kisabeth Chemerinsky added to party Stanford Health Care (pty:dft), Attorney Kimberly Kisabeth Chemerinsky added to party Stanford Health Care Advantage(pty:dft), Attorney Kimberly Kisabeth Chemerinsky added to party The Leland Junior University (pty:dft), Attorney Kimberly Kisabeth Chemerinsky added to party Debra Zumwalt(pty:dft)) (Chemerinsky, Kimberly) (Entered: 01/07/2020) |
| 01/07/2020 | 43 | NOTICE of Interested Parties filed by Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt, (Chemerinsky, Kimberly) (Entered: 01/07/2020) |
| 01/07/2020 | 44 | APPLICATION of Non-Resident Attorney Frank E. Sheeder III to Appear Pro Hac Vice on behalf of Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt (Pro Hac Vice Fee - $400 Fee Paid, Receipt No. 0973-25073184) filed by Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. (Attachments: # 1 Proposed Order) (Chemerinsky, Kimberly) (Entered: 01/07/2020) |
| 01/07/2020 | 45 | CERTIFICATE OF SERVICE filed by Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt, re NOTICE OF MOTION AND MOTION to Dismiss Case 42 , Certificate/Notice of Interested Parties 43 , APPLICATION of Non-Resident Attorney Frank E. Sheeder III to Appear Pro Hac Vice on behalf of Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt (Pro Hac Vice Fee - $400 Fee Paid, Receipt 44 served on January 7, 2020. (Chemerinsky, Kimberly) (Entered: 01/07/2020) |
| 01/07/2020 | 46 | PROOF OF SERVICE Executed by Relator Emily Roe, upon Defendant Stanford Health |

| | | |
|---|---|---|
| | | Care Advantage served on 12/20/2019, answer due 1/10/2020. Service of the Summons and Complaint were executed upon Kabao Moua at Office of the General counsel in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Juarez, Gloria) (Entered: 01/07/2020) |
| 01/07/2020 | 47 | PROOF OF SERVICE Executed by Relator Emily Roe, upon Defendant Stanford Health Care served on 12/17/2019, answer due 1/7/2020. Service of the Summons and Complaint were executed upon Kabao Moua for Debra Zumwalt at Office of the General Counsel in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Juarez, Gloria) (Entered: 01/07/2020) |
| 01/08/2020 | 48 | ORDER by Judge Dale S. Fischer: granting 44 Non-Resident Attorney Frank E Sheeder, III APPLICATION to Appear Pro Hac Vice on behalf of Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt, designating Kimberly K Chemerinksy as local counsel. (jp) (Entered: 01/08/2020) |
| 01/18/2020 | 49 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case 42 filed by Plaintiff Emily Roe. (Attachments: # 1 Exhibit LODGMENT OF EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS)(Juarez, Gloria) (Entered: 01/18/2020) |
| 01/21/2020 | 50 | STATEMENT Of Interest Of The United States Regarding Defendants' Motion To Dismiss filed by Plaintiff United States of America (Attachments: # 1 Proof of Service)(Kortum, Frank) (Entered: 01/21/2020) |
| 01/26/2020 | 51 | NOTICE of Change of other firm name or address information by Gloria M Juarez attorney for Plaintiff Emily Roe. Changing Email Gloria@theGJLaw.com. Filed by Plaintiff Emily Roe. (Juarez, Gloria) (Entered: 01/26/2020) |
| 01/27/2020 | 52 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION to Dismiss Case 42 filed by Defendants Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. (Attachments: # 1 Declaration of Frank E. Sheeder III, # 2 Evidentiary Objections, # 3 Proposed Order)(Sheeder, Frank) (Entered: 01/27/2020) |
| 01/31/2020 | 53 | EVIDENTIARY OBJECTIONS to Defendants' Reply and Declaration of Pro Hac Vice attorney Frank Sheeder re: NOTICE OF MOTION AND MOTION to Dismiss Case 42 filed by Plaintiff Emily Roe. (Juarez, Gloria) (Entered: 01/31/2020) |
| 02/04/2020 | 54 | ORDER by Judge Dale S. Fischer GRANTING MOTION to Dismiss 42 . The FAC is dismissed without prejudice and with leave to amend consistent with this Order. An amended complaint must be filed and served no later than 3/2/2020. (jp) (Entered: 02/04/2020) |
| 03/02/2020 | 55 | SECOND AMENDED COMPLAINT against Relator All Defendants amending Amended Complaint, 15 , filed by Relator Emily Roe (Attachments: # 1 Exhibit Lodgment of Exhibits to SAC)(Juarez, Gloria) (Entered: 03/02/2020) |
| 03/11/2020 | 56 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER by Judge Dale S. Fischer: The Court VACATES the Status Conference set for Monday, March 16, 2020. No appearances will be required. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rfi) TEXT ONLY ENTRY (Entered: 03/11/2020) |
| 03/11/2020 | 57 | PROOF OF SERVICE Executed by Plaintiff Emily Roe, upon Defendant Debra Zumwalt served on 1/20/2020, answer due 2/10/2020. Service of the Summons and Complaint were executed upon Debra Zumwalt in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/11/2020 | 58 | PROOF OF SERVICE Executed by Plaintiff Emily Roe, upon Defendant Dirbas Frederick served on 1/27/2020, answer due 2/18/2020. Service of the Summons and Complaint were |

11

| | | |
|---|---|---|
| | | executed upon Veronica Rocha, receptionist to Dr. Dirbas in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/11/2020 | 59 | PROOF OF SERVICE Executed by Plaintiff Emily Roe, upon Defendant The Board of Directors of the Stanford Health Care served on 1/6/2020, answer due 1/27/2020. Service of the Summons and Complaint were executed upon Kabao Moua for Debra Zumwalt at Office of the General Counsel in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/11/2020 | 60 | PROOF OF SERVICE Executed by Plaintiff Emily Roe, upon Defendant The Board of Trustees of Stanford University served on 1/6/2020, answer due 1/27/2020. Service of the Summons and Complaint were executed upon Kabao Moua for Debra Zumwalt at Office of the General Counsel in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/11/2020 | 61 | PROOF OF SERVICE Executed by Plaintiff Emily Roe, upon Defendant The Board of Directors of the Lucile Salter Packard Childrens Hospital at Standord served on 1/6/2020, answer due 1/27/2020. Service of the Summons and Complaint were executed upon Kabao Moua for Debra Zumwalt at Office of the General Counsel in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/11/2020 | 62 | PROOF OF SERVICE Executed by Defendant Emily Roe, upon Defendant Stanford Healthcare Billing Department served on 1/6/2020, answer due 1/27/2020. Service of the Summons and Complaint were executed upon Kabao Moua for Debra Zumwalt at Office of the General Counsel in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Juarez, Gloria) (Entered: 03/11/2020) |
| 03/30/2020 | 63 | NOTICE OF MOTION AND MOTION to Dismiss Case *and Strike Second Amended Complaint* filed by Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. Motion set for hearing on 5/4/2020 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Frank E. Sheeder III, # 3 Declaration of Frederick Dirbas, # 4 Proposed Order) (Attorney Kimberly Kisabeth Chemerinsky added to party Frederick Dirbas(pty:dft)) (Chemerinsky, Kimberly) (Entered: 03/30/2020) |
| 03/30/2020 | 64 | NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Federal Rule of Civil Procedure 10(a)* filed by Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. Motion set for hearing on 5/4/2020 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order) (Chemerinsky, Kimberly) (Entered: 03/30/2020) |
| 04/09/2020 | 65 | STIPULATION to Continue Hearings on Moving Defendants' Motions to Dismiss and Strike Second Amended Complaint from May 4, 2020 to July 13, 2020 Re: NOTICE OF MOTION AND MOTION to Dismiss Case *and Strike Second Amended Complaint* 63 , NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Federal Rule of Civil Procedure 10(a)* 64 filed by Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. (Attachments: # 1 Declaration of Frank E. Sheeder III, # 2 Proposed Order)(Attorney Frank E Sheeder, III added to party Frederick Dirbas(pty:dft))(Sheeder, Frank) (Entered: 04/09/2020) |
| 04/09/2020 | 66 | ORDER by Judge Dale S. Fischer GRANTING The Parties' Stipulation to Continue 65 |

| | | Hearings on Moving Defendants' Motions to Dismiss and Strike Second Amended Complaint 63 , 64 to 7/13/2020 at 01:30 PM. (See order for specifics). (jp) (Entered: 04/09/2020) |
|---|---|---|
| 05/27/2020 | 67 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case *and Strike Second Amended Complaint* 63 filed by Plaintiff Emily Roe. (Attachments: # 1 Declaration Decl. Juarez in Support of Opposition to Motion to Dismiss)(Juarez, Gloria) (Entered: 05/27/2020) |
| 05/27/2020 | 68 | OPPOSITION OPPOSITION re: NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Federal Rule of Civil Procedure 10(a)* 64 filed by Plaintiff Emily Roe. (Attachments: # 1 Declaration Declaration of Gloria Juarez in Support of Opposition to Defendant's Third Motion to Dismiss)(Juarez, Gloria) (Entered: 05/27/2020) |
| 05/29/2020 | 69 | NOTICE OF MOTION AND MOTION for Order for COSTS OF SERVICE AND FEES PURSUANT TO FED. R. CIV. P. RULE 4(d)(2) filed by Relator Emily Roe. Motion set for hearing on 7/13/2020 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Memorandum MOTION FOR COSTS OF SERVICE AND ATTORNEY FEES PURSUANT TO FED. R. CIV. P. RULE 4(d)(2), # 2 Declaration Gloria Juarez in Support of Motion for Costs of Service) (Juarez, Gloria) (Entered: 05/29/2020) |
| 05/29/2020 | 70 | STATEMENT Interest filed by Plaintiff United States of America *Statement of Interest of the United States Regarding Defendanrs'* re: NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Federal Rule of Civil Procedure 10(a)* 64 . (Kortum, Frank) (Entered: 05/29/2020) |
| 05/29/2020 | 71 | STATEMENT Interest filed by Plaintiff United States of America re: NOTICE OF MOTION AND MOTION to Dismiss Case *and Strike Second Amended Complaint* 63 . (Kortum, Frank) (Entered: 05/29/2020) |
| 06/22/2020 | 72 | STIPULATION File ECF No. 64-1 (Refile a Redacted Copy, and Maintain the Current Briefing and Hearing Schedule) Under Seal filed by Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. (Attachments: # 1 Declaration of Frank E. Sheeder III, # 2 Proposed Order)(Sheeder, Frank) (Entered: 06/22/2020) |
| 06/22/2020 | 73 | OPPOSITION to NOTICE OF MOTION AND MOTION for Order for COSTS OF SERVICE AND FEES PURSUANT TO FED. R. CIV. P. RULE 4(d)(2) 69 filed by Defendants Frederick Dirbas, Stanford Health Care, Stanford Health Care Advantage, The Leland Junior University, Debra Zumwalt. (Attachments: # 1 Declaration of Frank E. Sheeder III)(Sheeder, Frank) (Entered: 06/22/2020) |
| 06/22/2020 | 74 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER by Judge Dale S. Fischer: The stipulated request to seal is DENIED because the parties have made no attempt to justify the proposed sealing. See Center for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092 (9th Cir. 2016) (compelling reasons required to seal material related to motions more than tangentially connected to the merits). 72 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rfi) TEXT ONLY ENTRY (Entered: 06/22/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/26/2020 05:39:08 | | |
| **PACER Login:** | alstonbird | **Client Code:** | |

| Description: | Docket Report | Search Criteria: | 2:17-cv-08726-DSF-AFM End date: 6/26/2020 |
| --- | --- | --- | --- |
| Billable Pages: | 9 | Cost: | 0.90 |

# Exhibit B



GLORIA JUAREZ LAW
GJLAW

HOME PAGE   HOME   PRACTICE AREAS   OUR VISION   ATTORNEYS   CONTACT   More



# BOUTIQUE
## LAW FIRM

Practice
Focused on False
Claim Acts & Fraud

# PRACTICE
## AREAS

■ LITIGATION

We have an interest in False Claims Acts
and Fraud.

Department of Justice (DOJ) Statement of Interest in Stanford Healthcare Fraud

■ Health Care Fraud

We review healthcare fraud.

Department of Justice (DOJ) Issues SECOND Statement of Interest in Stanford Healthca

■ Federal and State FCA

We are involved in matters in both State
and Federal Courts.

Stanford False Claims Act

15



HOME | Our Vision

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More

## **OUR** VISION

We strive to hold companies and individuals accountable for correct accounting and  billing. We also have an interest in compliance with correct healthcare billing and false claims acts.





**GLORIA JUAREZ LAW**
GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More



| Gloria M. Juarez | Isabel Rodriguez | Media Inquiries |
|---|---|---|
| PARTNER | Executive Assistant | |
| Tel: 1-213-598-4439 | Tel: 1-213-598-4439 | Tel: 1-949-288-3402 |
| Gloria@GJLaw.com | www.GJLaw.com | www.GJLaw.com |

## GJLAW

**OUR** ADDRESS



Gloria Juarez
LAW OFFICES OF GLORIA JUAREZ

**ORANGE COUNTY OFFICE**
26081 Merit Circle , Suite 112
Laguna Hills, CA 92653
Tel. 949-288-3402
Facsimile 714-919-0254
www.thegjlaw.com

**LOS ANGELES OFFICE**
P.O. Box 4591
Montebello, California 90640-9997
Tel. 213-598-4439
Fax 714-919-0254

For media inquiries please call or email.
For any general inquiries, please fill in the following contact form:

Name      Message



GLORIA JUAREZ LAW
GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More



∧
BACK TO TOP

© 2019-2020 copyright by GJLaw



**GLORIA JUAREZ LAW**
**GJLAW**

HOME   PRACTICE AREAS   OUR VISION   ATTORNEYS   CONTACT   More

Department of Justice (DOJ) Statement of Interest Stanford Healthcare Fraud

Department of Justice (DOJ) Issues SECOND Statement of Interest Stanford Healthcare Fraud

## Reaching out to Stanford Health Whistleblowers

– November 26, 2019

Gloria Juarez Law wants to speak with former employees of Stanford Health in California. We are in the process of investigating several Medicare and commercial insruance fraud cases at Stanford Hospitals and Clinics.

The federal False Claims Act  (FCA). the California False Claims Act (CFCA) , and Insurance Frauds Prevention Act (IFPA)  provide that insiders with information about fraud against Medi-Cal, Medicare, Tricare, and commercial insurance fraud are eligible to receive cash awards.

As a rule, only whistleblowers who are the first to file and file a successful lawsuit based on original source information can receive an award, calculated as a percentage of the government's recoveries. Under federal and state laws, healthcare providers that knowingly submit false claims for payment to healthcare agencies are liable for damages and penalties, which may range in the tens and hundreds of millions of dollars for large institutions like Stanford.

The False Claims Act has been implemented to enable private citizens to sue fraud on behalf of the government, thereby entitled "*qui tam*", one who sues on behalf of the king.

Stanford Health  is one of the most profitable "not-for-profit" healthcare providers in the United States. It was recently ranked in the top four of the most profitable non-profit healthcare institutions.  It has faced several (typically non-publicized) successful False Claims Act lawsuits including allegations of overbilling, upcoding, and billing, one notable case which settled in the last few years for Stanford's medically unnecessary anesthesia billing services at the Stanford Children's Hospital in Palo Alto.

Whistleblowers who provide information that leads to monetary recoveries can receive up to 30 percent of the amount recovered.

## Call for Stanford Health Whistleblowers

If you are a Stanford Health insider or have information about healthcare fraud and FCA violations, please contact us. It is illegal to overbill the government for healthcare services which is defined as  defrauding  Medi-Cal, Medicare,  and other government programs.

If you know of any practice at Stanford Health or another related provider that resulted in the submission of false claims to the government, contact us confidentially. Your identity can be kept confidential through the process of filing your lawsuit and waiting for the government to investigate. The False Claims Act also includes anti-retaliation laws which protect the individual.



GLORIA JUAREZ LAW
GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More

We are investigating fraud allegations involving Stanford Healthcare and Stanford Hospitals and Clinics, and University HealthCare Alliance; if you have *any* information about the alleged conduct at Stanford and its affiliates, contact us confidentially today.

© 2019-2020 copyright by GJLaw

# Exhibit C


GLORIA JUAREZ GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More



**BOUTIQUE**
LAW FIRM

Specializing in False Claim Acts & Fraud

## PRACTICE
AREAS

■ LITIGATION

We specialize in False Claims Acts.

Department of Justice (DOJ) Statement of Interest Stanford Healthcare Fraud

■ Health Care Fraud

We review healthcare fraud.

■ Federal and State FCA

We are involved in matters in both State and Federal Courts.

Stanford False Claims Act

■



GLORIA JUAREZ GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More

# OUR VISION

We strive to hold companies and individuals accountable for correct accounting and  billing. We also specialize in compliance with  correct healthcare billing and false claims acts.



22


GLORIA JUAREZ GJLAW

HOME   PRACTICE AREAS   OUR VISION   ATTORNEYS   CONTACT   More



**Gloria M. Juarez**
PARTNER

Tel: 1-213-598-4439
Gloria@GJLaw.com

**Isabel Rodriguez**
Executive Assistant

Tel: 1-213-598-4439
www.GJLaw.com

███████
Legal Apprentice

Tel: 1-949-288-3402
www.GJLaw.com



**OUR** ADDRESS

GJ

Gloria Juarez
LAW OFFICES OF GLORIA JUAREZ

**ORANGE COUNTY OFFICE**
26081 Merit Circle , Suite 112
Laguna Hills, CA 92653
Tel. 949-288-3402
Facsimile 714-919-0254
www.thegjlaw.com

**LOS ANGELES OFFICE**
P.O. Box 4591
Montebello, California 90640-9997
Tel. 213-598-4439
Fax 714-919-0254

For media inquiries please call or email.
For any general inquiries, please fill in the following contact form:

Name          Message

23



GLORIA JUAREZ GJLAW

HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More



⌃
BACK TO TOP

© 2019 copyright by GJLaw

GLORIA JUAREZ GJLAW          HOME    PRACTICE AREAS    OUR VISION    ATTORNEYS    CONTACT    More



Department of Justice (DOJ) Statement of Interest Stanford Healthcare Fraud

## Reaching out to Stanford Health Whistleblowers
– November 26, 2019

Gloria Juarez Law wants to speak with former employees of Stanford Health in California. We are in the process of investigating several Medicare and commercial insruance fraud cases at Stanford Hospitals and Clinics.

The federal False Claims Act  (FCA). the California False Claims Act (CFCA) , and Insurance Frauds Prevention Act (IFPA)  provide that insiders with information about fraud against Medi-Cal, Medicare, Tricare, and commercial insurance fraud are eligible to receive cash awards.

As a rule, only whistleblowers who are the first to file and file a successful lawsuit based on original source information can receive an award, calculated as a percentage of the government's recoveries. Under federal and state laws, healthcare providers that knowingly submit false claims for payment to healthcare agencies are liable for damages and penalties, which may range in the tens and hundreds of millions of dollars for large institutions like Stanford.

The False Claims Act has been implemented to enable private citizens to sue fraud on behalf of the government, thereby entitled "*qui tam*", one who sues on behalf of the king.

Stanford Health  is one of the most profitable "not-for-profit" healthcare providers in the United States. It was recently ranked in the top four of the most profitable non-profit healthcare institutions.  It has faced several (typically non-publicized) successful False Claims Act lawsuits including allegations of overbilling, upcoding, and billing, one notable case which settled in the last few years for Stanford's medically unnecessary anesthesia billing services at the Stanford Children's Hospital in Palo Alto.

Whistleblowers who provide information that leads to monetary recoveries can receive up to 30 percent of the amount recovered.

## Call for Stanford Health Whistleblowers
If you are a Stanford Health insider or have information about healthcare fraud and FCA violations, please contact us. It is illegal to overbill the government for healthcare services which is defined as  defrauding  Medi-Cal, Medicare,  and other government programs.

If you know of any practice at Stanford Health or another related provider that resulted in the submission of false claims to the government, contact us confidentially. Your identity can be kept confidential through the process of filing your lawsuit and waiting for the government to investigate. The False Claims Act also includes anti-retaliation laws which protect the individual.

The goal of prosecuting these False Claims at Stanford Healthcare would be to ultimately help Stanford correct its billing schemes and institute proper billing and coding systems which are code compliant.

© 2019 copyright by GJLaw

26

**Exhibit D**



Post Profile for Your Business    Submit Press Release                                    Join Now    Sign In

# PR.com

BUSINESSES    ARTICLES    PRESS RELEASES    🐦    [search]

Press Release Pricing | News by Category | News by Country | News by US Region | Recent News | PR.com News on Your Site

▶ Press Releases

## GJLaw

### PRESS RELEASE

Share ➕ 📘 digg 🐦 in    Blog 🅆 🅱 t ☁

Receive press releases from GJLaw: **By Email**          **PDF Version** 📄    **RSS Feeds:** XML  MY YAHOO!

## Whistleblower Lawsuit Recently Unsealed

Palo Alto, CA, October 08, 2019 --(PR.com)-- A recently unsealed lawsuit (unsealed going forward from July 30, 2019) in Federal Court alleges healthcare fraud by Stanford and Stanford Healthcare in Palo Alto, California. Stanford General Counsel and Vice President Debra Zumwalt is a named Defendant for her alleged knowledge and cover-up of the billing fraud. The lawsuit is United States et. al., vs. Stanford et. al., Case No. CV 17-08726-DSF (AFMx).

The suit was filed in December 2017 on behalf of the United States and California as an under-seal Complaint. Ms. Juarez specializes in false claims acts and represents the Relator in this case.

The last widely publicized "Qui Tam" action against Stanford was the 1990's false claims lawsuit brought by Paul Biddle on behalf of the U.S. and the taxpayers. That suit resulted in a major change at Stanford where the then Stanford President Donald Kennedy resigned after testifying before a Congressional Committee on the fraud allegations. The suit against Stanford, whose counsel was Ms. Debra Zumwalt, was dismissed in 1996.

Notably, Zumwalt, the current Stanford General Counsel is a named defendant in the current lawsuit. Ms. Zumwalt was promoted to her current position at Stanford after a couple of legal victories for Stanford, which drew national attention some twenty years ago over allegations and several lawsuits alleging that it had over-billed the government.

Stanford and Stanford Healthcare are organized under IRS rules as purported not-for-profit organizations who pay no taxes. The lawsuit alleges that Stanford unlawfully collected more than $4 billion dollars of healthcare revenues in 2016 alone using insititution wide upcoding and unbundling schemes, and that Stanford's tax returns show it nearly doubled its Medicare revenues from the government from 2012 ($460.4 million) to 2016 ($755.7 million) without an explainable, reasonable, or proportionate increase in expenses or overhead.

Now it will be up to Federal Judge Hon. Dale Fisher to rule if Stanford and Ms. Zumwalt will be put on trial for their alleged billing fraud spanning nearly a decade, with allegations of $468 million of damages according to the Complaint.

### Contact Information

GJLaw
Gloria Juarez
949-288-3402
Contact ✉

### Attached Files

U.S. vs. Stanford Healthcare and Debra Zumwalt Lawsuit
CV 17-08726-DSF (AFMx)
Filename: AAAACentralDistrictofCaliforn.pdf

**Click here to view the list of recent Press Releases from GJLaw**

🌿 Promote Your Business          Press Release Pricing          Email this page to a friend ✉

PR.com    Contact Us    About Us    Terms of Use    Help

# Exhibit E

6/26/2020         DOJ Issues "Statement of Interest" in Stanford Health Billing Fraud Case - Robb...

Case 2:17-cv-08726-DSF-AFM   Document 77-1   Filed 06/29/20   Page 33 of 53   Page ID #:2842



| Post Profile for Your Business | Submit Press Release | | Join Now   Sign In |

## PRESS RELEASE

Share   Blog

Receive press releases from GJLaw: **By Email**     **PDF Version**     **RSS Feeds:**

## DOJ Issues "Statement of Interest" in Stanford Health Billing Fraud Case

*The Department of Justice just lodged a "Statement of Interest" in Federal Court in support of the first publicly litigated false claims action ("FCA") against Stanford Health Care (formerly Stanford Hospitals & Clinics) in more than two decades. The case is captioned United States vs. Stanford et. al. Case No. CV 17-08726-DSF. It is a live case in the Central District Federal Court. The Complaint alleges Stanford engaged in massive government fraud in excess of $468 Million Dollars.*

San Fransisco, CA, January 30, 2020 --(PR.com)-- The Department of Justice just lodged a "Statement of Interest" in Federal Court in support of the first publicly litigated false claims action ("FCA") against Stanford Health Care (formerly Stanford Hospitals and Clinics) in more than two decades.



The case is captioned United States vs. Stanford, Case No. CV 17-08726-DSF. It is a live case in the Central District Federal Court. Ms. Juarez specializes in false claims acts and represents the Relator in the case.

The lawsuit was filed on behalf of taxpayers as an under-seal Complaint. The lawsuit remained under federal court ordered seal from December 2017 to August 2, 2019 pursuant to U.S. Code 3279 et. seq which governs False Claims Actions.

The lawsuit in Federal Court alleges ongoing and institutional healthcare fraud by Stanford and Stanford Healthcare in Palo Alto, California. Stanford Vice President and "Healthcare Billing Compliance Officer" Debra Zumwalt a named Defendant in this case is alleged to have been aware of Stanford's healthcare schemes designed to maximize profits over safety, according to the Complaint.

Ms. Zumwalt is concurrently a named Defendant in another albeit unrelated "fraud" action pending in the San Francisco State Court CGC-18-565596 captioned Devesa vs. Stanford-StartX Fund et. al.

Stanford and Stanford Healthcare are organized under IRS rules as purported not-for-profit organizations who pay no taxes. The lawsuit alleges that Stanford collected more than $4 billion dollars of healthcare revenues in 2016 alone, and that Stanford's tax returns show it nearly doubled its Medicare revenues from the government from 2012 ($460.4 million) to 2016 ($755.7 million) without an explainable, reasonable, or proportionate increase in expenses or overhead.

According to the complaint, the healthcare fraud allegations include Stanford and Stanford Healthcare's institution-wide upcoding and unbundling fraud. The triable issues remain only as to determination of the total fraud on the government and treble damages (penalties) of approximately $10,000 for each false claim act by Stanford.

The last widely publicized "Qui Tam" action against Stanford was the 1996 false claims lawsuit brought by Paul Biddle on behalf of the U.S. and the taxpayers. That suit resulted in a major change at Stanford where the then Stanford President Donald Kennedy resigned after testifying before a Congressional Committee on the fraud allegations. The suit was ultimately dismissed by Stanford through its then counsel Ms. Debra Zumwalt, who is now a co-conspirator defendant in the current lawsuit.

Now it will be up to Federal Judge Hon. Dale Fisher to rule on Stanford's Motion to Dismiss, and determine if Stanford and Ms. Zumwalt will be put on trial for their alleged billing fraud spanning more than a decade. Damages black boarded at $468,000,000 million dollars of damages according to the Complaint.

DOJ Issues Statement of Interest in Stanford Health Billing Fraud Case - PR.com

## Contact Information

GJLaw
Gloria Juarez
949-288-3402
Contact ✉

## Attached Files

DOJ Issues Statement of Interest in Stanford Health Billing Fraud Case

Filename: 20-1-21DOJFRANKKortumfilingin.pdf

**Click here to view the list of recent Press Releases from GJLaw**

🌿 **Promote Your Business**          Press Release Pricing          Email this page to a friend ✉

PR.com          Contact Us          About Us          Terms of Use          Help

# Exhibit F



## PRESS RELEASE

Receive press releases from GJLaw: By Email     PDF Version 📄     RSS Feeds: 🔲 🔲

### Newly Unsealed Lawsuit in Federal Court Alleges Ongoing Healthcare Fraud by Stanford and Stanford Healthcare in Palo Alto, California

*Stanford Hospital, a purported non-profit organization that has been exempt from paying taxes with the sole intent of offering the best service to the residents of Northern California, is listed as the Defendant in a recently unsealed lawsuit in Federal Court alleging Stanford habitually and schematically defrauded its patients under the guise of false surgical billing. The DOJ filed a new Statement of Interest in the case in Federal Court.*

Palo Alto, CA, January 31, 2020 --(PR.com)-- More details revealed as allegations unfold of Stanford Hospitals unlawfully charging Northern California patients and falsifying their records. The case is captioned United States vs. Stanford et al. Case No. CV 17-08726-DSF (AFMx). It is a live case in the Central District Federal Court.



The Department of Justice also just filed in Federal Court a "Statement of Interest" in support of the false claims action ("FCA") against Stanford Health Care (formerly Stanford Hospitals and Clinics).

The Complaint alleges that Stanford is a purported non-profit organization that has been exempt from paying taxes with the sole intent of offering the best service to the residents of Northern California. The complaint further alleges, Stanford habitually and schematically defrauded its patients under the guise of false surgical billing.

The recently unsealed lawsuit in Federal Court (unsealed from July 30, 2019 onward) alleges that Medicare and Anthem Blue Cross claims analysis revealed that Stanford and its surgeons purposely take advantage of a flawed medical payment system by habitually upcoding and unbundling major surgical codes for breast cancer surgery, and also unbundling and charging excessive fees for otherwise "free" services, considered part of the global surgery fees.

The Complaint alleges that Stanford billing schemes and submission of fraudulent or misleading healthcare bills to government and private insurers demonstrate that Stanford is purposely extorting the public, especially women that come to Stanford to get breast cancer treatment.

In addition, the lawsuit further alleges Stanford Healthcare is too expensive and unaffordable for many patients particularly for women's health and mastectomy surgery and this led to a situation whereby top insurance providers are terminating their contracts with Stanford. The proof herein lies when major commercial insurance carriers like Anthem Blue Cross, and earlier Blue Shield unilaterally terminated contracts with Stanford.

Furthermore, the Complaint also alleges that when visiting Stanford, patients are unlawfully billed for unsupervised and unlicensed practice of medicine, and diagnostic testing and procedures by unlicensed personnel. Stanford is alleged to sternly instruct their medical billers and coders to always charge higher bills and at maximum level for similar procedures. To cover this fraud, the Complaint alleges that Stanford intentionally lacks transparency and its billing ledgers are not understandable.

Ms. Juarez specializes in false claims acts and represents the Relator in this case. Former or Current Stanford billing and coding employees wishing to obtain more information on this False Claims Act case or discuss new information and allegations may contact Ms. Juarez's office.

6/26/2020 Newly Unsealed Lawsuit in Federal Court Alleges Ongoing Healthcare Fraud by Stanford and Stanford Healthcare in Palo Alto, California…

Case 2:17-cv-08726-DSF-AFM Document 77 Filed 06/29/20 Page 37 of 53 Page ID #:2846

### Contact Information

GJLAW
Gloria Juarez
949-288-3402
Contact ✉
thegjlaw.com

### Attached Files

DOJ issues Statement of Interest in Stanford Health Billing Fraud Case

Filename: 20-1-21DOJFRANKKortumfilingin.pdf

**Click here to view the list of recent Press Releases from GJLaw**

🌱 **Promote Your Business**          Press Release Pricing          Email this page to a friend ✉

31

# Exhibit G



Post Profile for Your Business    Submit Press Release        Join Now    Sign In

**PR.com**

BUSINESSES    ARTICLES    PRESS RELEASES

Press Release Pricing | News by Category | News by Country | News by US Region | Recent News | PR.com News on Your Site

▶ Press Releases

## GJLaw

### PRESS RELEASE

Share ➕ 📘 💬 🐦 💼    Blog 📄 📝 📑 📧

Receive press releases from GJLaw: **By Email**        **PDF Version** 📄    **RSS Feeds:** XML MY YAHOO!

## New Complaint Filed in United States vs. Stanford Health Care (Stanford Hospitals) Alleged Billing Fraud Case

*A newly amended Complaint was just filed on March 2, 2020 in Los Angeles in the United States District Court, Central Division. The case is captioned, United States vs. Stanford and Stanford Health Care, Case No. CV 17-08726-DSF (AFMx). The Complaint alleges that Stanford Health Care's billing schemes to defraud Medicare and commercial payors reach back to at least 2010, and are ongoing.*

Stanford, CA, March 10, 2020 --(PR.com)-- A newly amended Complaint was just filed on March 2, 2020 in Los Angeles in the United States District Court, Central Division. The Complaint alleges that Stanford Health Care (formerly Stanford Hospital) specifically targets high dollar women's health services including breast biopsies and preventative mastectomy with unlawful upcoding and unbundling of standard codes to achieve unjust enrichment, far above what other comparable hospitals receive for the same service.



The case is captioned, United States vs. Stanford and Stanford Healthcare et. al., Case No. CV 17-08726-DSF (AFMx). The Complaint alleges that Stanford Health Care's billing schemes to defraud Medicare and commercial payors reach back to at least 2010 and are ongoing.

The newly amended Complaint includes alleged copies of multiple Stanford bills showing the fraudulent upcharges. The Law Offices of Gloria Juarez is a Los Angeles and Orange county Firm that represents whistleblowers in fraud against Medicare and the government; here they represent the Relator. The Complaint alleges that Stanford employs more than 311 "billers" for the 613 bed Stanford Hospital.

The complaint alleges: where national benchmarks for a breast biopsy with sentinel lymph node exam costs an average of $6,700-$15,870, on January 15, 2020 Stanford billed patient Ms. Perla Ni and HealthNet of California a staggering $143,396.66 for the same simple procedure; Stanford forced Ms. Ni to pre-pay Stanford more than $6000 out-of-pocket for her deductible.

The complaint further alleges as another example, going back to 2012, Stanford billed another young woman $153,488 for an 18-hour observation and preventative mastectomy. Stanford ultimately conceded in writing to having billed the 2012 case more than $17,940 falsely and upcoded, having since refunded $341.97 to the patient, and purportedly $15,000 to the carrier (Anthem Blue Cross). The Complaint includes alleged copies of Stanford's refund check for the unbundled pre-operative visit, as well as Stanford Health Care's letter from Ms. Chantel Susztar admitting to Stanford's upcoding of multiple units of surgical supplies, which were not even used.

The filed Complaint alleges Stanford University also collects money from Stanford Hospital through an undisclosed hefty slush fund entitled the "Dean's Tax," whereby fraudulently obtained healthcare dollars which are also tax privileged through SHC's "non-profit" status, are diverted to the University. Allegedly, Stanford doctors who are professors in the University are mandated to upcode to satisfy the Dean's quotas and "Dean's Tax." The Complaint alleges that Stanford doctors are told by their Division Chief to "CLICK, CLICK, CLICK, CLICK, and it's that easy to get higher codes and more money for Stanford," referring to Stanford's alleged misuse of its Epic Electronic Medical Record (EMR) System.

The lawsuit was filed on behalf of taxpayers as an under-seal Complaint, which means it was prohibited from disclosure by federal court order. The case remained under seal from December 2017 to August 2, 2019 pursuant to

6/26/2020    New Complaint filed in United States vs. Stanford Health Care, Stanford Hospitals, Alleged 40 of Fraud Case | pr.com

Case 2:17-cv-08726-DSF-AFM Document 77 Filed 06/29/20 Page 40 of 53 Page ID #:2849

31 U.S. Code 3279 et. seq., which governs False Claims Actions.

The Complaint also alleges that "according to the California Attorney General Xavier Becerra, the same medical service in Stanford Health Care's area (Northern California) is nearly double the fee at comparable Southern California hospitals."

The lawsuit in Federal Court alleges ongoing and institutional healthcare fraud by Stanford and Stanford Healthcare in Stanford, California. The suit also alleges that Stanford Vice President and "Healthcare Billing Compliance Officer" Debra Zumwalt, a named Defendant in this case, is one of the "masterminds" behind Stanford Health Care's fraud schemes designed to maximize profits over safety. Interestingly, Ms. Zumwalt is concurrently a named Defendant in another "fraud" action pending in the San Francisco State Court CGC-18-565596 captioned Devesa vs. Stanford-StartX Fund et. al.

Stanford and Stanford Healthcare are organized under IRS rules as purported not-for-profit organizations that pay no taxes. The lawsuit alleges that Stanford Healthcare collected more than $4 billion dollars of healthcare revenues in 2016 alone, and that Stanford's tax returns show it nearly doubled its Medicare revenues from the government from 2012 ($460.4 million) to 2016 ($755.7 million), through ill-gotten means, healthcare fraud, and institutional upcoding.

The last widely publicized FCA lawsuit against Stanford University was the 1996 false claims action brought by Paul Biddle on behalf of the U.S. and the taxpayers. That suit resulted in a major change at Stanford where the then Stanford President, Donald Kennedy, resigned after testifying before a Congressional Committee on the fraud allegations. The suit was ultimately dismissed by Stanford through its then counsel, Ms. Debra Zumwalt, who is now a named defendant in the current fraud lawsuit.

The Los Angeles Division of the Department of Justice also recently lodged a "Statement of Interest" in Federal Court in support of this first publicly litigated false claims action ("FCA"), i.e. healthcare fraud against Stanford Health Care, in more than two decades.

Now it will be up to Federal Judge, the Honorable Dale Fisher to determine if Stanford Health Care, Dr. Fred Dirbas, Ms. Debra Zumwalt, and remaining Stanford defendants will be put on trial for their alleged Medicare and government billing fraud spanning more than a decade.

## Contact Information

GJLAW
Gloria Juarez
949-288-3402
Contact 
thegjlaw.com

## Attached Files

Second Amended Complaint: United States vs. Stanford Health Care
United States vs. Stanford and Stanford Healthcare et. al. Case No. CV 17-08726-DSF (AFMx). The Complaint alleges that Stanford Health Care's billing schemes to defraud Medicare and commercial payors reach back to at least 2010 and are ongoing.
Filename: 20-3-2RSACSTANFORDFEDDOJ.pdf

**Click here to view the list of recent Press Releases from GJLaw**

🐾 Promote Your Business      Press Release Pricing      Email this page to a friend ✉

PR.com     Contact Us     About Us     Terms of Use     Help

# Exhibit H

6/26/2020     Stanford Hospital Accused of Alleged $468 Million Dollar Healthcare Billing Fraud; DOJ Filed its Second Statement of Interest in Federal …

Case 2:17-cv-08726-DSF-AFM Document 77-1 Filed 06/29/20 Page 42 of 53 Page ID #:2851



Post Profile for Your Business     Submit Press Release                                   Join Now      Sign In

BUSINESSES    ARTICLES    PRESS RELEASES

Press Release Pricing  |  News by Category  |  News by Country  |  News by US Region  |  Recent News  |  PR.com News on Your Site

▶ Press Releases

## GJLaw

### PRESS RELEASE

Share  |  Blog

Receive press releases from GJLaw: **By Email**          **PDF Version**     RSS Feeds:

## Stanford Hospital Accused of Alleged $468 Million Dollar Healthcare Billing Fraud; DOJ Filed its Second Statement of Interest in Federal Court

*The Department of Justice just filed a "Statement of Interest" in Federal Court in support of the false claims action ("FCA") against Stanford Health Care (formerly Stanford Hospitals & Clinics). The case is captioned United States vs. Stanford et. al. The Complaint alleges Stanford engaged in government fraud in excess of $468 Million Dollars.*

Stanford, CA, June 19, 2020 --(PR.com)-- The Department of Justice just filed its second Statement of Interest urging the Federal Court to rule against Stanford Health Care (formerly Stanford medicine, and Stanford Hospitals and Clinics).



The Complaint alleges that Stanford Health Care and its surgeons freely took advantage of a flawed medical payment system by habitually upcoding and unbundling major surgical codes as well as unbundling and charging exorbitant fees; Stanford University also collected money from Stanford Hospital through an undisclosed hefty slush fund called the "Dean's Tax" and monetized Stanford Hospital's new $2 billion dollar "corridor and arcade" which opened on November 17, 2019; Stanford executives and department managers pushed aggressive billing and maintained a culture of pushing profits at any cost regardless of the medical documentation and records; and Stanford also manipulated patient medical and nursing records to upcode time and units of exorbitant surgical supplies, many of which were never used.

The Complaint alleges that Stanford began the scheme on or about 2008 whereby they exploited a newly implemented "EPIC" electronic medical record system and fraudulently circumvented loopholes in medical billing. Stanford upcoded and unbundled services resulting in hundreds of thousands of unlawful health insurance claims and that Stanford egregiously instructed and required that its medical billers and coders always bill at the maximum level and fees, regardless of medical records, lack of substantiating medical records, and failure to adhere to national Correct Coding Initiatives. The complaint further alleges Stanford's failure to mitigate or cease the conduct once put on notice and demanded to cease unlawful billing.

The lawsuit further alleges that Stanford knew they were submitting fraudulent claims and failed to correct their misconduct because they demonstrated repeated willingness to send refund check after refund check to certain patients multiple times in 2017 and 2018 for admitted unbundled and upcoded billings. The patients then made these refund checks available to the DOJ. Allegedly, Stanford would periodically unlawfully write off certain patient balances when the patients detected the upcoding and filed grievances.

The Federal lawsuit brought on behalf of the United States government against Stanford Hospital, captioned, United States vs. Stanford et. al. (Case No. CV 17-08726-DSF) (AFMx) is a live case in the Central District Federal Court. The lawsuit was filed on behalf of taxpayers as an under-seal Complaint. The lawsuit remained under federal court ordered seal from December 2017 to August 2, 2019 pursuant to 31 U.S.C. § 3279, which governs fraud against the government, as alleged here. FCA statutes allow private individuals to disclose to the government "original information" and allegations of fraud by contractors improperly receiving funds from the federal or state departments, and thus bring a "qui tam" claim on behalf of the government. Congress specifically designed the qui tam provisions to supplement the government's resources with those of private parties called the relator.

The case alleges ongoing and institutional healthcare billing fraud by Defendants Stanford Hospital, Lucille Packard Children's Hospital, Stanford Healthcare, and its surgeons including Dr. Frederick Dirbas (also doing business as "Software for Surgeons" in Menlo Park). Stanford Vice President and Healthcare Billing Compliance Officer Debra

Zumwalt, also a Menlo Park resident, is a named "Defendant in this case. She is alleged to be one of the masterminds behind Stanford's healthcare schemes designed to maximize profits over safety. Ms. Zumwalt is concurrently a named Defendant in another, albeit unrelated, fraud action pending in the San Francisco State Court (CGC-18-565596), captioned, Devesa vs. Stanford-StartX Fund et. al.

The lawsuit alleges that Stanford and Stanford Healthcare are organized under IRS rules as purported not-for-profit organizations that pay no taxes. The suit alleges that Stanford collected more than $4 billion dollars of healthcare revenues in 2016 alone, and that Stanford's tax returns show it nearly doubled its Medicare revenues from the government from 2012 ($460.4 million) to 2016 ($755.7 million).

According to a source involved in the investigation, Stanford Hospital's healthcare upcoding allegations have been authenticated by the government. The triable issues remain only as to determination of the total fraud on the government and treble damages (penalties) of approximately $10,000 for each false claim act by Stanford.

The Law Offices of Gloria Juarez represents the interests of the Relator, on behalf of the United States. Ms. Juarez's office has a special interest in prosecuting false claims act cases and uncovering Stanford Healthcare fraud.

---

### Contact Information

GJLAW
Gloria Juarez
949-288-3402
Contact ✉
thegjlaw.com

---

### Attached Files

DOJ Statement of Interest

Stanford Hospital Battling Charges of Healthcare Billing Fraud: DOJ Files a Statement of Interest
Filename: 20-5-29STATEMENTOFINTERESTbyU.pdf

---

**Click here to view the list of recent Press Releases from GJLaw**

---

🐸 **Promote Your Business**          Press Release Pricing                    Email this page to a friend ✉

| PR.com | Contact Us | About Us | Terms of Use | Help |

# Exhibit I

| Doc ID | Original Rec'd | Subject | Status | Request Category | Organization |
|---|---|---|---|---|---|
| 030120177006 | 03/02/2017 | Volumes I, II, and III of the winning IDIQ and Task Order proposals submitted in Response to RFP #HHSM-500-2014-RFP-QIN-QIO (due date February 21, 2014) | Open | Contracts / Grants / Cooperative Agreements | Improving Healthcare for the Common Good |
| 030120177009 | 03/08/2017 | Contract, including amendments for Business Intelligence Solution, number: 5400011337; Contract, including amendments for Pharmacy Benefits Administration Services (PBA), number: 5400011605 | Closed | Contracts / Grants / Cooperative Agreements | HIMSS Analytics |
| 030120177022 | 03/03/2017 | 2017 statewide DME fee schedule amounts, on pgs. 12-13 of Jan 12, 2017 CMS ruling: "Classification of Therapeutic Continuous Glucose Monitors as Durable Medical Equipment under Medicare Part B" (CMS-1682-R) | Open | CMS Data | McDermott Will & Emery LLP. |
| 030120177040 | 03/29/2017 | Historical trend of shared risk percentage of total health spent by Medicare, Medicaid and commercial insurance companies | Closed | Provider Information (Non-survey-related) | |
| 030120177042 | 03/02/2017 | Transcript of 2/27/17 Marketplace Call | Closed | Marketplace | self |
| 030120177055 | 03/01/2017 | Results of any and all investigations, inquiries, etc. conducted - Medicare billing activities of David M. Harrison | Closed | Provider Information (Non-survey-related) | |
| 030120177064 | 03/02/2017 | CMS COB R report # RMCAN-5-5 (contractor NGHP) | Closed | Contracts / Grants / Cooperative Agreements | |
| 030120177070 | 03/02/2017 | Medicare cost reports for Hollywood Presbyterian Med Center, 1300 N. Vermont Ave, Los Angeles CA, from 2005 to present. | Closed | Medicare Cost Reports | Balisok & Associates, Inc |
| 030120177081 | 03/01/2017 | 5 Florida facilities | Closed | Medicare Cost Reports | Kasowitz, Benson, Torres & Friedman, LLP |
| 03012017C062 | 03/29/2017 | [Records Review] renees health and rehab center 2012-2016 home office and cost reports CERT | Closed | Medicare Cost Reports | pitman kalkhoff sicula and dentice |
| 03012017C064 | 03/28/2017 | CPT Codes 93050 and 0311T | Closed | Payment Coding Information | parrish law offices |
| 030220177033 | 03/02/2017 | {Duplicate] MEDIA:Communication between executives/attorneys for Aetna, Anthem, Cigna, Humana, United Health; and the following HHS officials: Sec. Burwell and individuals in the Office of the Secretary; Administrator Slavitt and individuals in CCIIO | Closed | Corr / Congressional Comm / CMS Employee Emails | Washington Examiner |
| 030220177037 | 03/02/2017 | Bayfront Health Port Charlotte | Closed | Medicare Cost Reports | |
| 030220177041 | 03/06/2017 | Rennes Health & Rehab Center - DePere | Closed | Provider Information (Non-survey-related) | Pitman Kalkhoff, Sicula & Dentice, S.C. |
| 030220177043 | 03/02/2017 | HHSM-500-2017-00005C with CMS and Georgia Medical Care Foundation (GMCF) for FL, GA, NC, and SC | Closed | Contracts / Grants / Cooperative Agreements | The Carolinas Center for Medical Excelle |
| 030220177046 | 03/02/2017 | HHSM5002014QIN0141 for Virginia Health Quality Center. I would also like to receive a copy of the vendor's response to RFP No. HHSM5002014RFPQINQIO | Closed | Contracts / Grants / Cooperative Agreements | Delmarva Foundation for Medical Care |
| 030220177052 | 03/06/2017 | Documents related to the Medicare requirement applicable to providers | Open | Provider Information (Non-survey-related) | Baker, Donelson, Bearman, Caldwell, & Be |
| 030220177053 | 03/02/2017 | Haines City Health Care | Closed | Medicare Cost Reports | |
| 030220177054 | 03/02/2017 | Manorcare Health Services Sarasota | Closed | Medicare Cost Reports | |
| 030220177056 | 03/02/2017 | SIGNATURE HEALTHCARE OF GAINESVILLE | Closed | Medicare Cost Reports | |
| 030220177059 | 03/02/2017 | HEARTLAND HEALTH CARE CENTER - NORTH SARASOTA | Closed | Medicare Cost Reports | |
| 030220177071 | 03/02/2017 | Allied Ankle & Footcare Centers | Open | Provider Information (Non-survey-related) | Parsons Behle & Latimer |
| 030220177078 | 03/02/2017 | 08-CR-20270-FAM | Closed | Provider Information (Non-survey-related) | |
| 030320177001 | 03/01/2017 | Access to a letter and all attachments btwn Ms. Judy Giles & Douglas G. Cave | Closed | Corr / Congressional Comm / CMS Employee Emails | Turner Boyd |
| 030320177002 | 03/14/2017 | Ideal Option, PLLC Group Contracts | Closed | Contracts / Grants / Cooperative Agreements | Ideal Option, PLLC |
| 030320177008 | 03/09/2017 | Medicare Cost Reports: Carroll Health Center - Medicare Provider Number: 36-5579 | Closed | Medicare Cost Reports | The Dickson Firm |
| 030320177020 | 03/14/2017 | List of all Outpatient Surgery Centers | Closed | Provider Information (Non-survey-related) | Picis ASC |
| 030320177025 | 03/09/2017 | Outstanding appeals before the Provider Reimbursement Review Board | Closed | Provider Information (Non-survey-related) | Quality Reimbursement Services, Inc. |
| 030320177026 | 03/03/2017 | Requesting digital/electronic copies of CMS.hhs.gov guides | Closed | CMS Data | self |

36

| 030320177060 | 03/03/2017 | Medicare Cost Report on Marshall Manor Nursing & Rehabilitation Center | Closed | Medicare Cost Reports | Power Taylor, LLP |
|---|---|---|---|---|---|
| 030320177061 | 03/03/2017 | Medicare Cost Report for Rose Haven Retreat | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177067 | 03/02/2017 | Augustana Chapel View Care Ctr | Closed | Medicare Cost Reports | Kosieradzki Smith Law Firm LLC |
| 030320177070 | 03/08/2017 | Indianola Rehabilitation and Healthcare Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177071 | 03/03/2017 | Medicare Cost Report on Legacy Manor Nursing and Rehabilitation | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177072 | 03/03/2017 | Medicare Cost Report on Queen City Nursing Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177083 | 03/08/2017 | Shelby Health and Rehabilitation Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177084 | 03/08/2017 | Greenbough Health and Rehabilitation Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030320177085 | 03/08/2017 | Delta Rehabilitation and Healthcare Center of Cleveland | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 03032017C030 | 03/21/2017 | Prime Business | Closed | Provider Information (Non-survey-related) | |
| 03032017C031 | 03/29/2017 | [Records Review] 2012-2013 Medicare Cost Reports for provider 260065 | Closed | Medicare Cost Reports | Arkansas Department of Human Services |
| 03032017C032 | 03/27/2017 | Delta Medical Center Memphis | Closed | Medicare Cost Reports | Arkansas Department of Human Services |
| 030620177028 | 03/06/2017 | International Normalized Ratio Testing | Open | Other Document Types | The Health Law Partners |
| 030620177040 | 03/27/2017 | Market Place | Open | Marketplace | |
| 030620177053 | 03/09/2017 | Number of patients in the state of West Virginian that are in renal failure and/or on dialysis, due to drug use, out of the number of patients in renal failure | Open | CMS Data | |
| 030620177055 | 03/27/2017 | Marketplace Request for beneficiary records | Open | Marketplace | |
| 030620177069 | 03/22/2017 | Cost Report Form (2552-96) for FY 1999 for McCall Memorial Hospital, CCN: 13-1312 | Closed | Medicare Cost Reports | St. Luke's Health System |
| 030620177077 | 03/15/2017 | Access to CMS' internal EOB record retention policy | Open | Other Document Types | |
| 030620177080 | 03/08/2017 | Correspondence related to Health Integrity Audit Records Request Letter | Closed | Other Document Types | Liles Parker PLLC |
| 030620177084 | 03/03/2017 | MEDIA: Emails between the White House and CMS Employees Involved in maintaining the Healthcare.gov Website since Jan 20, 2017 | Open | Corr / Congressional Comm / CMS Employee Emails | Democratic National Committee (DNC) |
| 030620177095 | 03/08/2017 | The Arbors at Gallipolis (Casper Reports) | Closed | Other Document Types | The Dickson Firm |
| 030720177044 | 03/07/2017 | Capital Transitional Care and Covenant Care California | Closed | Audit Records | York Law Corporation |
| 030720177069 | 03/02/2017 | Remove from Mailing List and Cancel Marketplace Application - Not a FOIA Request | Closed | Marketplace | |
| 030720177073 | 03/07/2017 | (1 spreadsheet) Centers for Medicare & Medicaid Services Freedom of Information Act request | Open | Other Document Types | American Safe Sight Foundation |
| 030720177077 | 03/27/2017 | Marketplace - Applications (multiple) | Open | Marketplace | |
| 030720177085 | 03/08/2017 | Pablo Trevino (overpayment) (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177087 | 03/08/2017 | File No. 20318.798 (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177090 | 03/08/2017 | File No. 20318.787 (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177091 | 03/08/2017 | File No. 20318-787 (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177094 | 03/08/2017 | File No. 20318-867 (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177096 | 03/08/2017 | File No. 20318-793 (CD-ROM) | Closed | Audit Records | Parsons Behle & Latimer |
| 030720177107 | 03/09/2017 | Medicare Cost Reports - The Arbors at Gallipolis | Closed | Medicare Cost Reports | The Dickson Firm |
| 03072017C001 | 03/27/2017 | MS Facilities | Closed | Medicare Cost Reports | Office of the Governor, Division of Medicaid |
| 03072017C018 | 03/14/2017 | [Records Review] FOIA REQUEST FOR INFORMATION REGARDING WALTER BRACING INC. AND SUBMISSIONS FOR HCPCS CODING FOR WRAPTOR MAX AND WRAPTOR LOW-PRO | Closed | Other Document Types | KATTEN MUCHIN ROSENMAN LLP |
| 03072017C022 | 03/30/2017 | [Records Review] list of provider information for Jurisdiction E | Closed | Provider Information (Non-survey-related) | ECC Technologies, Inc. |
| 030820177029 | 03/09/2017 | Documents related to beneficiary records | Closed | Marketplace | |
| 030820177035 | 03/08/2017 | FYE 2015 Medicare Cost Reports (multiple facilities) | Closed | Provider Information (Non-survey-related) | Allegheny Health Network |
| 030820177037 | 03/09/2017 | St. Vincent's Hospital East | Closed | Provider Information (Non-survey-related) | Marsh, Rickard, Bryan P.C. |
| 030820177038 | 03/06/2017 | NEWS MEDIA: CMS termination of Medicare certification for hospice providers - between Jan. 1, 2006 and Dec. 31, 2016 | Closed | Provider Information (Non-survey-related) | Kaiser Health News |

37

| | | | | | |
|---|---|---|---|---|---|
| 030820177047 | 03/10/2017 | Contract, including amendments for Business Intelligence Solution Solicitation number: 5400011337, including the proposal from the winning vender as well as any non-winning bidders South Carolina | Closed | Contracts / Grants / Cooperative Agreements | HIMSS Analytics |
| 030820177051 | 03/08/2017 | Georgetown Manor in Louisville, Kentucky - 1/1/15-12/31/16 | Closed | Provider Information (Non-survey-related) | Thomas Law Offices |
| 030820177063 | 03/10/2017 | RUG data from Georgetown Manor in Louisville, Kentucky (Medicare Provider No. 100208) from 1/1/15-12/31/16 | Closed | CMS Data | Thomas Law Offices |
| 030820177066 | 03/09/2017 | MDS 3.0 data from Georgetown Manor in Louisville, Kentucky (Medicare Provider No. 100208), from 1/1/15-12/31/16 | Closed | CMS Data | Thomas Law Offices |
| 030820177091 | 03/08/2017 | Cost Reports for 75 Nursing & Rehabs-Most Current | Closed | Medicare Cost Reports | RHCC Healthcare Consulting |
| 030820177094 | 03/10/2017 | Delta Rehabilitation and Healthcare Center of Cleveland | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030820177095 | 03/13/2017 | Columbia Rehabilitation and Healthcare Center, LLC | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030820177113 | 03/13/2017 | Covington CO Nursing Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030920177032 | 03/15/2017 | Medicaid Drug Rebate Dispute Resolution Program | Closed | Other Document Types | Hooper, Lundy & Bookman, P.C. |
| 030920177044 | 03/09/2017 | Correspondence related to changes to healthcare.gov website & Records calls and faxes from the White House | Open | Corr / Congressional Comm / CMS Employee Emails | Democratic National Committee |
| 030920177045 | 03/10/2017 | Access to 2016 and 2017 Medicare Advantage Organization (MAO) | Open | Other Document Types | MVP Health Care |
| 030920177054 | 03/08/2017 | Trivoli at Divine Savior Healthcare | Closed | Medicare Cost Reports | Boller & Vaughan, LLC |
| 030920177061 | 03/13/2017 | Information & documents in to Medicare Part B fee schedules | Open | Other Document Types | SIDLEY AUSTIN LLP |
| 030920177069 | 03/10/2017 | RUG data from the Masonic Homes of Louisville located at 240 Masonic Home Drive, Louisville, KY (Medicare Provider No. 100225),from 12/1/11 TO 7/31/14 | Closed | CMS Data | Thomas Law Offices |
| 030920177073 | 03/27/2017 | Correspondence between CMS and HCR ManorCare Services, LLC Re: FOIA Requests | Open | Corr / Congressional Comm / CMS Employee Emails | Wilkes & McHugh, P.A. |
| 030920177081 | 03/09/2017 | Person Hospital's Skilled Nursing Facility and Person Hospital's Long-Term Care Facility - June 1, 2015 through September 21, 2015 | Closed | Provider Information (Non-survey-related) | Rose Harrison & Gilreath, P.C. |
| 030920177090 | 03/09/2017 | 3 Florida facilities | Closed | Medicare Cost Reports | |
| 030920177094 | 03/09/2017 | Medicare Cost Report on Weatherford Health Care Center | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 030920177096 | 03/09/2017 | Pinebrook Center | Closed | Medicare Cost Reports | |
| 030920177097 | 03/09/2017 | Cypress Village (Provider No. 105745) | Closed | Provider Information (Non-survey-related) | Steve Watrel, P A |
| 030920177098 | 03/09/2017 | Medicare Advantage Plans | Closed | Provider Information (Non-survey-related) | MSP Recovery |
| 030920177099 | 03/10/2017 | Muhlenberg Community Hospital | Closed | Medicare Cost Reports | BKD, LLP |
| 030920177101 | 03/09/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | Other Document Types | California Department of Justice |
| 03092017C002 | 03/30/2017 | [Records Review] provider lists with telephone numbers and contact information | Closed | Other Document Types | ECC Technologies, Inc. |
| 031020177010 | 03/16/2017 | Access of correspondence exchanged between CMS & Edward W. Gillespie while w/American Insurance Association | Open | Corr / Congressional Comm / CMS Employee Emails | self |
| 031020177019 | 03/13/2017 | Correspondence between CMS and Myers and Stauffer, a government contractor | Open | Corr / Congressional Comm / CMS Employee Emails | Red Hill Analytics, LLC |
| 031020177027 | 03/15/2017 | Latino HealthCare Forum | Closed | Audit Records | Austin American-Statesman |
| 031020177042 | 03/10/2017 | HHSM-500-2014-RFP-0068 | Open | Other Document Types | Certified Languages International |
| 031020177053 | 03/09/2017 | Good Samaritan Society-Maplewood | Closed | Medicare Cost Reports | Kosieradzki Smith Law Firm LLC |
| 031020177063 | 03/23/2017 | CMS state-wide average for Massachusetts assisting living and nursing facilities for every year from 2011 to present | Closed | Provider Information (Non-survey-related) | Capes Sokol Goodman & Sarachan, P.C. |
| 031020177064 | 03/15/2017 | Edward J. Markey FOIA dated 10/11/2016 | Closed | Corr / Congressional Comm / CMS Employee Emails | Falcon Research |
| 031020177073 | 03/13/2017 | Emails between CMS and Nevada Primary Care Network | Open | Corr / Congressional Comm / CMS Employee Emails | |
| 031020177084 | 03/10/2017 | All CMS-10455 from RO 9 | Closed | Other Document Types | BuzzFeed News |
| 031320177020 | 03/14/2017 | SiverScript's Direct and Indirect Remuneration (DIR) data, cost data, and/or benefit management data for contract years 2013, 2014, 2015, and 2016 | Open | CMS Data | Frier Levitt |

| | | | | | |
|---|---|---|---|---|---|
| 031320177023 | 03/13/2017 | GA Facilties and doctors | Open | Provider Information (Non-survey-related) | Katz, Marshall & Banks, LLP |
| 031320177034 | 03/09/2017 | Correspondence and communication, program reports and financial reports received from the George Washington University - CMS Award #1C1CMS331343 | Closed | Contracts / Grants / Cooperative Agreements | self |
| 031320177037 | 03/13/2017 | Amedisys Georgia. LLC | Open | Provider Information (Non-survey-related) | Katz, Marshall & Banks, LLP |
| 031320177042 | 03/31/2017 | Macclenny Nursing and Rehab Center | Closed | Provider Information (Non-survey-related) | Steve Watrel, P A |
| 031320177045 | 03/13/2017 | The Terrace of Jacksonville | Closed | Provider Information (Non-survey-related) | Steve Watrel, P A |
| 031320177048 | 03/13/2017 | Jacksonville Nursing and Rehab Center | Closed | Provider Information (Non-survey-related) | Steve Watrel, P A |
| 031320177050 | 03/13/2017 | Heartland Health Care Center--Jacksonville | Closed | Provider Information (Non-survey-related) | Steve Watrel, P A |
| 031420177001 | 03/14/2017 | Access to records concerning Baseline Average Manufacturer Price ("AMP") or Base Date AMP | Open | Other Document Types | Blank Rome LLP |
| 031420177002 | 03/17/2017 | Home Health Alliance of Ohio | Closed | Provider Information (Non-survey-related) | Spangenberg Shibley & Liber LLP |
| 031420177003 | 03/15/2017 | Copies of own Medicare applications | Closed | CMS Data | OC Housecalls, Inc. |
| 031420177009 | 03/15/2017 | Copies of emails sent & received by Dr. Andrey Ostrovsky - South by Southwest Conference | Open | Corr / Congressional Comm / CMS Employee Emails | America Rising |
| 031420177011 | 03/14/2017 | Govenor's Creek Health & Rehab | Open | Provider Information (Non-survey-related) | The Lawerence Law Group |
| 031420177016 | 03/14/2017 | Information pertaining to the CMS NPI Registry | Closed | CMS Data | Delta Dental of Illinois |
| 031420177019 | 03/14/2017 | Palm Garden Of Pinellas | Closed | Medicare Cost Reports | |
| 031420177022 | 03/31/2017 | Pinellas Point Nursing & Rehab. | Closed | Provider Information (Non-survey-related) | |
| 031420177026 | 03/14/2017 | New York Medicaid State Plan Amendment 15-0056 | Open | Medicaid / Chip / State Records | Harter Secrest & Emery LLP |
| 031420177030 | 03/15/2017 | Access to list of Medicare beneficiaries with a group health plan insurance for 2016 | Closed | CMS Data | MSP Recovery |
| 031420177037 | 03/15/2017 | 1115 Medicaid Demonstrations | Closed | Medicaid / Chip / State Records | Associated Press |
| 031420177044 | 03/15/2017 | Medicare Claims Data | Closed | CMS Data | self |
| 031420177049 | 03/17/2017 | (44 pages) The Laurels of Mt. Vernon | Closed | Other Document Types | The Dickson Firm |
| 031420177059 | 03/17/2017 | Abors At Marietta (Casper Reports) | Closed | Other Document Types | The Dickson Firm |
| 031520177031 | 03/15/2017 | 10 Florida Facilities | Closed | Medicare Cost Reports | The Girvin Group, Inc. |
| 031520177034 | 03/30/2017 | MDS Part Z data at Glendora Grand from 1/1/14-3/31/15 | Closed | CMS Data | Moran Law 5 Hutton Centere Drive |
| 031520177036 | 03/16/2017 | PBJ data re Glendora Grand, Inc., Shoreline Healthcare Center, Colonial Care Center, Providence Ontario, Van Nuys Health Care Center, Alamitos West Healthcare Center | Closed | CMS Data | Moran Law |
| 031520177041 | 03/15/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | CMS Data | Moran Law |
| 031520177045 | 03/15/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | CMS Data | Moran Law 5 Hutton Centere Drive |
| 031520177053 | 03/15/2017 | Vida Encantada Nursing & Rehabilitation | Closed | Medicare Cost Reports | Pitman Kalkhoff, Sicula & Dentice, S.C. |
| 031520177062 | 03/15/2017 | Provider Management & Development Corporation | Closed | Medicare Cost Reports | Wilkes & McHugh, P.A. |
| 031520177064 | 03/15/2017 | Hilltop Nursing & Rehab Facility | Closed | Medicare Cost Reports | Wilkes & McHugh, P.A. |
| 03152017C028 | 03/27/2017 | [Records Review] CAC Member Listing | Closed | Other Document Types | Arctic Medical Laboratories |
| 031620177022 | 03/20/2017 | Overpayment Case (Juan Rocha, DPM)(CD-ROM) | Closed | Provider Information (Non-survey-related) | Parsons Behle & Latimer |
| 031620177024 | 03/20/2017 | Overpayment Case (CD-ROM) | Closed | Provider Information (Non-survey-related) | Parsons Behle & Latimer |
| 031620177025 | 03/20/2017 | Overpayment Case (CD-ROM) | Closed | Provider Information (Non-survey-related) | Parsons Behle & Latimer |
| 031620177050 | 03/16/2017 | The Laurels of Mt. Vernon | Closed | Medicare Cost Reports | The Dickson Firm |
| 031620177123 | 03/20/2017 | Information related to publicly accessible related to the email address grantj@slhs.org | Closed | Other Document Types | St Luke's Health System |
| 031620177124 | 03/22/2017 | Data request related to CMS Workers Compensation Medicare Set Asides (WCMSA) | Open | CMS Data | NCCI |
| 03162017C005 | 03/22/2017 | [Records Review] Medicare Cost Reports, NPR and Audit Adjustment Reports for Louisiana Hospitals & Freestanding Rural Health Clinics finalized in February 2017 | Closed | Medicare Cost Reports | LeBlanc, Robertson, Chisholm & Associates, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 031720177002 | 03/15/2017 | Requesting copies of 1099 forms for years 2013, 2014 and 2015 for a single business | Closed | Other Document Types | Maidman-Joshua Inc |
| 031720177004 | 03/15/2017 | Records from Pontiac Nursing Home | Closed | Provider Information (Non-survey-related) | Walter D. Kogut, P.C. |
| 031720177012 | 03/29/2017 | Maximus Federal Services | Closed | Provider Information (Non-survey-related) | self |
| 031720177038 | 03/17/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | CMS Data | National Seniors Housing Group |
| 031720177066 | 03/17/2017 | Medicare Cost Report on Muenster Health & Rehabilitation | Closed | Medicare Cost Reports | |
| 031720177070 | 03/17/2017 | Medicare Cost Report on Willowbrook Nursing Center | Closed | Medicare Cost Reports | |
| 031720177073 | 03/17/2017 | Medicare Cost Report on Franklin Nursing Home | Closed | Medicare Cost Reports | Powers Taylor, LLP |
| 032020177015 | 03/20/2017 | General Hospital of Dilly, Texas, Inc. | Closed | Provider Information (Non-survey-related) | Smith Kendall, PLLC |
| 032020177023 | 03/20/2017 | Request Related To Contract HHSM500201300338G | Open | Contracts / Grants / Cooperative Agreements | Fed Savvy Strategies, LLC |
| 032020177027 | 03/21/2017 | Oversight of State Performance (OSP) Option Year 1, Contract Number: HHSM-500-2014-00459G | Open | Contracts / Grants / Cooperative Agreements | Healthcare Management Solutions, LLC |
| 032020177031 | 03/17/2017 | all records created or sent from Jan 1, 2007 – Oct 5, 2016, regarding correspondence in which CMS expressly told Mylan that Epipen is incorrectly classified for purposes of the Medicaid Drug Rebate Program. | Open | Corr / Congressional Comm / CMS Employee Emails | On Point Investigations LLC |
| 032020177043 | 03/21/2017 | NEWS MEDIA: All ACTS reports stemming from hospital deaths associated with restraints and seclusions submitted to the ACTS system between Jan. 1, 2014 | Open | Other Document Types | BuzzFeed News |
| 032020177045 | 03/16/2017 | Auburn Manor | Closed | Medicare Cost Reports | Kosieradzki Smith Law Firm LLC |
| 032020177063 | 03/20/2017 | Palm Garden of Aventura | Closed | Medicare Cost Reports | |
| 032020177065 | 03/21/2017 | Documents describing whether and how InterQual Criteria (or other, proprietary third party guidelines) may be used by the following entities when National Coverage Determinations and/or Local Coverage Determinations already exist | Closed | Quality Initiatives and Programs / QIOs | Psych Appeal |
| 032020177077 | 03/16/2017 | Advocate Christ Medical Center | Closed | Other Document Types | Romanucci & Blandin |
| 032020177080 | 03/27/2017 | Marketplace I am requesting access to the RESULT(APPROVAL) LETTER for an application they submitted on December 23, 2016 to the Health Insurance Marketplace | Open | Marketplace | |
| 032020177086 | 03/23/2017 | Marketplace insurance coverage related request to un-link joint spousal coverage due to divorce & safety concerns | Closed | Marketplace | self |
| 032020177088 | 03/20/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | Other Document Types | |
| 032020177094 | 03/20/2017 | Medicare Cost Report on Lindan Park Care Center, LP | Closed | Medicare Cost Reports | |
| 032020177097 | 03/20/2017 | Medicare Cost Report on The Laurenwood Nursing and Rehabilitation | Closed | Medicare Cost Reports | |
| 032020177098 | 03/20/2017 | Medicare Cost Report on Millowbrook Healthcare and Rehabilitation Center | Closed | Medicare Cost Reports | |
| 032020177100 | 03/20/2017 | Medicare Cost Report on Corpus Christi Nursing and Rehabilitation Center | Closed | Medicare Cost Reports | |
| 032020177103 | 03/16/2017 | State Grant Applications for PR-PRP-14-001 | Closed | Contracts / Grants / Cooperative Agreements | University of California, Berkeley |
| 032020177108 | 03/22/2017 | List of Doctors who take Medicare (Certain States) | Closed | Provider Information (Non-survey-related) | All Compliant Medical Billing, LLC |
| 032020177109 | 03/18/2017 | (DUPLICATE) List of Medicare doc providers not yet filing electronically for CA, AZ, NV, OR, WA, ID, MT, UT | Closed | Provider Information (Non-survey-related) | All Compliant Medical Billing, LLC |
| 032120177013 | 03/27/2017 | Marketplace Request for early 2017 applications for exemption from the Marketplace coverage requirement | Open | Marketplace | |
| 032120177022 | 03/17/2017 | Comprehensive Primary Care | Closed | Provider Information (Non-survey-related) | |
| 032120177036 | 03/20/2017 | Martin Luther Care Center | Closed | Medicare Cost Reports | Kosieradzki Smith Law Firm LLC |
| 032120177044 | 03/17/2017 | Marketplace Health Insurance - Eligibility Denial Letter | Open | Marketplace | self |

| | | | | | |
|---|---|---|---|---|---|
| 032120177079 | 03/24/2017 | Marketplace Applications and Audio Recording from Mar - May, 2016. | Open | Marketplace | |
| 032120177093 | 03/23/2017 | Contracts, Documents, Guidelines, etc between CMS & BCBS of Florida, Inc. | Open | CMS Data | Christopher R. Johnson, PLLC |
| 032120177096 | 03/22/2017 | Guardian Care Nursing & Rehab Center | Closed | Provider Information (Non-survey-related) | Colling Gilbert Wright & Carter |
| 032220177004 | 03/24/2017 | Rennes Health & Rehab Center - Weston | Closed | Provider Information (Non-survey-related) | Pitman Kalkhoff Sicula & Dentice SC |
| 032220177005 | 03/22/2017 | ASC Quality Reporting Program regarding surgery centers | Open | Quality Initiatives and Programs / QIOs | Kaiser Health News |
| 032220177006 | 03/22/2017 | Task Order No. HHSM500T0004 | Open | Contracts / Grants / Cooperative Agreements | DLA Piper LLP (US) |
| 032220177013 | 03/27/2017 | Transformed Medicaid Statistical Information System (T-MSIS), the Medicaid & CHIP Program (MACPro), and updated Medicaid Drug Rebate system projects (collectively MACBIS projects) | Open | Medicaid / Chip / State Records | DLA Piper LLP (US) |
| 032220177014 | 03/31/2017 | Fraud Prevention System (HHSM-500-2016-00 022C), and the Fraud Prevention System 2.0 (HHSM- 500-2016-00 023C) | Closed | Contracts / Grants / Cooperative Agreements | DLA Piper LLP (US) |
| 032220177015 | 03/23/2017 | Inquiries concerning Open Payments Record - ACA | Closed | Provider Information (Non-survey-related) | |
| 032220177016 | 03/22/2017 | Medicare Payment Supperssion Case (Healthcare In-Home Services of Purcell, LLC) | Closed | Provider Information (Non-survey-related) | Locke Lord, LLP |
| 032220177017 | 03/22/2017 | Medsurant Holdings, LLC | Open | Payment Coding Information | Bass, Berry & Sims PLC |
| 032220177021 | 03/24/2017 | Integrated Data Repository (IDR) | Open | Contracts / Grants / Cooperative Agreements | DLA Piper LLP (US) |
| 032220177039 | 03/22/2017 | MDS Part Z data from Antelope Valley Healthcare from 01/01/12 - 12/31/12 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177040 | 03/22/2017 | MDS Part Z data from Brookdale San Juan Capistrano from 01/01/16 - 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177042 | 03/22/2017 | MDS Part Z data from Spring Valley Post-Acute from 1/1/14 - 12/31/14 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177044 | 03/22/2017 | MDS Part Z from Terracina Post-Acute 1/1/17 - present | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177045 | 03/22/2017 | MDS Part Z from Villa Wilshire Convalescent Center 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177047 | 03/22/2017 | MDS Part Z from Golden Living Center 1/1/16 - 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177048 | 03/27/2017 | Medicare Cost Reports for Perry Health Care Center | Closed | Medicare Cost Reports | Pitman, Kalkhoff, Sicula & Dentice, S.C. |
| 032220177049 | 03/22/2017 | MDS Part Z from Linda Valley Care Center 1/1/14-12/31/14 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177051 | 03/22/2017 | MDS Part Z from The Rehabilitation Center of Bakersfield 1/1/14 - 12/31/14 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177053 | 03/22/2017 | MDS Part Z from Rimrock Villa Convalescent Hospital 1/1/14 - 12/31/14 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177055 | 03/22/2017 | MDS Part Z from Antelope Valley Healthcare 1/1/13 - 12/31/13 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177058 | 03/22/2017 | MDS Part Z from San Fernando Post-Acute Hospital 1/1/14 - 12/31/14 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177061 | 03/22/2017 | MDS Part Z from Spring Valley Post Acute 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177063 | 03/22/2017 | MDS Part Z from Villa Elena Healthcare Center 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177064 | 03/22/2017 | MDS Part Z from Villa Wilshire Convalescent Center 1/1/16 - 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177066 | 03/22/2017 | MDS Part Z from Linda Valley Care Center 1/1/12 - 12/31/12 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177068 | 03/22/2017 | MDS Part Z from THe Rehabilitation Center of Beverly Hills 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177070 | 03/22/2017 | MDS Part Z from The Rehabilitation Center of Bakersfield 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177071 | 03/22/2017 | MDS Part Z from Rimrock Villa Convalescent 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177073 | 03/22/2017 | MDS Part Z from Brookdale San Juan Capistrano 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177074 | 03/22/2017 | MDS Part Z from San Fernando Post Acute Hospital 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177075 | 03/30/2017 | Requesting provider submissions or payments for 3 specific providers in NY related Electroconvulsive Therapy (ECT) | Open | Provider Information (Non-survey-related) | Citizens Commission on Human Rights (CCH |

41

| | | | | | |
|---|---|---|---|---|---|
| 032220177082 | 03/23/2017 | HIMSS Analytics Information Request: Maryland | Closed | CMS Data | HIMSS Analytics |
| 032220177084 | 03/22/2017 | MDS Part Z for Terracina Post Acute 1/1/16 - 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177086 | 03/22/2017 | MDS Part Z from Villa Elena Healthcare Center 1/1/16 0 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177087 | 03/22/2017 | MDS Part Z Golden Living Center 1/1/15 - 12/31/15 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177088 | 03/22/2017 | MDS Part Z Linda Valley Care Center 1/1/13 - 12/31/13 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177089 | 03/22/2017 | MDS Part Z for The Rehabilitation Centre of Beverly Hills 1/1/16 - 12/31/16 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177091 | 03/22/2017 | MDS Part Z from Rimrock Villa Convalescent Hospital 1/1/13 - 12/31/13 | Closed | CMS Data | Law Offices of Ben Yeroushalmi |
| 032220177093 | 03/21/2017 | HCPCS code G0453 should be applied to intraoperative neuromonitoring (IONM) providers | Closed | Payment Coding Information | Bass, Berry & Sims PLC |
| 032320177005 | 03/23/2017 | Cost Reports | Closed | Medicare Cost Reports | Terrebonne Homecare, Inc. |
| 032320177015 | 03/23/2017 | Cypress Skilled Nursing LLC | Closed | Medicare Cost Reports | Coyne Pest Control |
| 032320177019 | 03/23/2017 | Apollo Health & Rehab. Ctr. | Closed | Medicare Cost Reports | |
| 032320177022 | 03/23/2017 | St. Anthony's Hospital | Closed | Medicare Cost Reports | |
| 032320177023 | 03/23/2017 | Englewood HC&RC | Closed | Medicare Cost Reports | |
| 032320177033 | 03/23/2017 | GA facilities | Closed | Medicaid / Chip / State Records | Wilkes & McHugh, P.A. |
| 032320177070 | 03/28/2017 | Information for NPI 1144685728 | Closed | Provider Information (Non-survey-related) | Airlift Northwest |
| 032420177004 | 03/27/2017 | total enrollment and deaths for each calendar year from 2010 to 2015 split by gender, single-year age groups, and the smallest geographical area available (either census block group or ZIP+4) | Closed | CMS Data | Aon Hewitt |
| 032420177007 | 03/27/2017 | Cal MediConnect - Quality Withhold Performance for Demonstration Year 1 for the listed below California health plans: Health Net, LA Care, Molina, Inland Empire, Cal Optima. | Open | CMS Data | Heritage Provider Network |
| 032420177014 | 03/31/2017 | Medicare Part B coverage and billing processes for Invega Sustenna for beneficiary (for her son) | Open | Other Document Types | self |
| 032420177022 | 03/29/2017 | Highland Rehabilitation & Health Care Center | Closed | Provider Information (Non-survey-related) | The Steele Law Firm |
| 032420177024 | 03/27/2017 | Beautiful Savior Home | Closed | Provider Information (Non-survey-related) | The Steele Law Firm |
| 032420177029 | 03/27/2017 | Westridge Gardens Rehab & Health Care Center | Closed | Provider Information (Non-survey-related) | The Steele Law Firm |
| 032420177053 | 03/27/2017 | List of Home Health agencies and their HHCAHPS vendors | Closed | Other Document Types | Axxess |
| 032420177056 | 03/27/2017 | CD-ROM (Infinity Healthcare, Inc.) | Open | Provider Information (Non-survey-related) | Kennedy Attorney & Counselors at Law |
| 032420177059 | 03/24/2017 | List of external quality review organizations (EQRO) and Medicaid managed care contracts for each/all 50 states | Closed | Contracts / Grants / Cooperative Agreements | MHS |
| 032420177070 | 03/28/2017 | Terrebonne Homecare, Inc. | Closed | Provider Information (Non-survey-related) | Terrebonne Homecare, Inc. |
| 032420177071 | 03/27/2017 | Sharon Lane Health Services | Closed | Provider Information (Non-survey-related) | The Steele Law Firm |
| 032420177072 | 03/27/2017 | Villa St. Joseph | Closed | Provider Information (Non-survey-related) | The Steele Law Firm |
| 032420177083 | 03/24/2017 | Centers for Medicare & Medicaid Services Freedom of Information Act request | Closed | Medicare Cost Reports | Moran Law 5 Hutton Centere Drive |
| 032420177093 | 03/24/2017 | Corner Brook Place | Closed | Medicare Cost Reports | Carter Law Offices |
| 032420177103 | 03/24/2017 | Cost Report Request 23 Hospitals | Open | Provider Information (Non-survey-related) | Dentons |
| 032720177014 | 03/24/2017 | [DUPLICATE] Payroll Based Journal Data Request | Closed | Provider Information (Non-survey-related) | Moran Law 5 Hutton Centere Drive |
| 032720177020 | 03/27/2017 | Signature Healthcare of Heritage Hall | Closed | Medicare Cost Reports | Morgan & Morgan |
| 032720177021 | 03/27/2017 | Parkview Nursing and Golden Living, St. Matthews | Closed | Medicare Cost Reports | Morgan & Morgan |
| 032720177024 | 03/27/2017 | 9 KY facilities | Closed | Medicare Cost Reports | Morgan & Morgan |
| 032720177028 | 03/26/2017 | Medicare Appeals sent to Maximus Inc. | Open | CMS Data | self |
| 032720177036 | 03/28/2017 | (155 pages) Red Cedar Surgery Center | Closed | Other Document Types | Steven D. Lowe, P.C |
| 032720177050 | 03/28/2017 | Request for result of request for exemption from shared responsibility payment letter from Marketplace | Open | Marketplace | A CONCERNED CITIZEN |

| 032720177078 | 03/29/2017 | Contracts between HHS and any/all PDP sponsors | Open | Provider Information (Non-survey-related) | National Healthcare Analysis Group |
| 032720177081 | 03/29/2017 | (27 pages) 2016 State Performance Measures Review | Closed | Other Document Types | The Plain Dealer |
| 032720172C024 | 03/27/2017 | [Records Review] CAC Member Listing | Closed | Other Document Types | Arctic Medical Laboratories |
| 032820177015 | 03/29/2017 | Medicare Cost Report - Life Care Center of Elyria | Closed | Medicare Cost Reports | The Dickson Firm |
| 032820177061 | 03/28/2017 | HHSM500201500261C - Winning Proposal | Closed | Contracts / Grants / Cooperative Agreements | FOIA Group, Inc. |
| 032820177064 | 03/29/2017 | Eureka Rehab & Wellness Center and Seaview Rehab & Wellness Center - both in Eureka, CA | Open | Medicare Cost Reports | Janssen Malloy LLP |
| 032920177025 | 03/29/2017 | Alliance Health & Rehab. Center | Closed | Medicare Cost Reports | |
| 032920177031 | 03/29/2017 | Transcripts of Conversations with Marketplace | Closed | Marketplace | |
| 032920177047 | 03/29/2017 | Richmond Helath Facilities-Madison LP | Closed | Provider Information (Non-survey-related) | Wilkes & McHugh, P.A. |
| 032920177048 | 03/29/2017 | Ridgeway Nursing and Rehab, LLC | Closed | Provider Information (Non-survey-related) | Wilkes & McHugh, P.A. |
| 032920177053 | 03/31/2017 | Access to applicants for Contract Specialist CMS-OAGM-DH-15-1508051 | Closed | CMS Data | self |
| 032920177056 | 03/29/2017 | Medicare Cost Reports for Devon Gables Rehabilitation Center | Closed | Medicare Cost Reports | Hicks Thomas LLP |
| 032920177062 | 03/30/2017 | Access to applicants for Contract Specialist CMS-OAGM-DH-16-1609276 | Closed | CMS Data | self |
| 032920177063 | 03/29/2017 | Access to applicants for Contract Specialist CMS-OAGM-DH-15-1508068 | Closed | CMS Data | self |
| 032920177065 | 03/31/2017 | Access to applicants for Contract Specialist CMS-OAGM-DH-16-1609363 | Closed | CMS Data | self |
| 032920177067 | 03/29/2017 | Signature Healthcare | Closed | Provider Information (Non-survey-related) | Thomas Law Offices |
| 032920177068 | 03/29/2017 | Ridgeway Nursing & Rehab Facility, LLC | Closed | Medicare Cost Reports | Wilkes & McHugh, P.A. |
| 032920177072 | 03/29/2017 | Signature Healthcare of East Louisville | Closed | Provider Information (Non-survey-related) | Thomas Law Offices |
| 032920177078 | 03/31/2017 | Request for Data | Closed | CMS Data | Thomas Law Offices |
| 032920177079 | 03/31/2017 | Request for Data | Closed | CMS Data | Thomas Law Offices |
| 032920177084 | 03/29/2017 | Request for Data | Closed | CMS Data | Thomas Law Offices |
| 032920177087 | 03/31/2017 | Request for MDS 3.0 Data | Closed | CMS Data | Thomas Law Offices |
| 032920177114 | 03/29/2017 | 2016 Drug Pricing Data in the Format Released for 2011-2015 on CMS Website | Closed | CMS Data | ProPublica |
| 033020177014 | 03/29/2017 | Complete Chiropractic and Rehab Center, LLC | Closed | Provider Information (Non-survey-related) | Beck,Chaet, Bamberger & Polsky, S.C. |
| 033020177022 | 03/31/2017 | Avante at Melbourne, Inc. | Closed | Provider Information (Non-survey-related) | |
| 033020177034 | 03/30/2017 | Medicare Cost Report for Las Cruces Medical Center, LLC | Closed | Medicare Cost Reports | Curtis & Lucero Attorneys Advocates |
| 033020177042 | 03/30/2017 | 2015 Part D Brand Name Drug Rebate Data in the Format Previously Released for 2014 on CMS Website | Open | CMS Data | ProPublica |
| 033020177068 | 03/27/2017 | Medicare Certified Home Health agencies from 2006 to present | Closed | Other Document Types | George Mason University |
| 033120177001 | 03/30/2017 | The Villa at Lincoln Park | Closed | Provider Information (Non-survey-related) | Pitman, Kalkhoff, Sicula & Dentice, S.C. |
| 033120177005 | 03/31/2017 | Medicare Advantage w/Medicare Advantage | Open | Other Document Types | Manatt, Phelps & Phillips, LLP |
| 033120177014 | 03/30/2017 | Public Records Regarding the Creation of the Illinois Department of Innovation | Closed | Other Document Types | self |
| 033120177015 | 03/31/2017 | The total charges submitted by CMS for the following CPT codes by the University of Texas MD Anderson Cancer Center | Closed | Other Document Types | |
| 033120177017 | 03/31/2017 | Cost Reports for 23 Health and Rehab Centers | Closed | Medicare Cost Reports | Wilkes & McHugh, P.A. |
| 033120177019 | 03/31/2017 | (362 pages) HCR Manor Care Services, LLC | Open | Provider Information (Non-survey-related) | Pitman, Kalkhoff, Sicula & Dentice, S.C. |
| 033120177026 | 03/31/2017 | Medicare reimbursement-related documents concerning CSI products | Open | Other Document Types | Bernstein Litowitz Berger & Grossmann LL |
| 033120177032 | 03/31/2017 | All Documents on Charleston Area Medical Center | Open | Other Document Types | Nelson Mullins Riley & Scarborough LLP |
| 033120177038 | 03/31/2017 | Creekside Court Home | Closed | Provider Information (Non-survey-related) | self |
| 033120177046 | 03/31/2017 | Copies of correspondence from Congressman Robert "Beto" O'Rourke and the response to the correspondence; from Jan 2013 to present. | Open | Corr / Congressional Comm / CMS Employee Emails | self |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I caused a copy of the **DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 10(A)** to be served upon the following counsel and parties in interest via the Court's CM/ECF system:

Gloria Juarez, Esq.
Law Offices of Gloria Juarez
26081 Merit Circle, Suite 112
Laguna Hills, California 92653

**Counsel for Relator**

Frank D. Kortum
Assistant United States Attorney
Room 7516, Federal Building
300 N. Los Angeles St.
Los Angeles, CA 90012

**Counsel for the United States of America**

 /s/    *Frank E. Sheeder III*
Counsel for Moving Defendants