UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel, EMILY ROE, et al.<br>    Plaintiffs,<br><br>            v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, et al.,<br>    Defendants. | CV 17-8726 DSF (AFMx)<br><br>Order DENYING Motion for Costs; Order DENYING Motion for Sanctions (Dkt. Nos. 69, 75) |

    Relator Emily Roe moves for costs related to service due to Defendants' alleged failure to execute waivers of service and for sanctions related to various statements and actions by Defendants. The Court deems these matters appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

    Relator's motion for costs under Rule 4(d) is DENIED because there is no evidence that Relator sent any service waiver request that complied with the requirements of Rule 4(d)(1). At best, Relator alluded to the possibility of service waivers and discussed the possibility of such waivers with defense counsel.

    Relator's motion for sanctions is also DENIED. It is evident both that the motion was not served in accordance with Rule 11 and that there is no substantive basis for sanctions.

    IT IS SO ORDERED.

Date: July 14, 2020

                                            Dale S. Fischer
                                            United States District Judge