JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel, EMILY ROE, et al.<br>　　　Plaintiffs,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, et al.,<br>　　　Defendants. | CV 17-8726 DSF (AFMx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss without leave to amend,

　　IT IS ORDERED AND ADJUDGED that Relator take nothing, that the action be dismissed with prejudice as to Relator and without prejudice to the United States and the State of California, and that Defendant recover costs of suit from Relator pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 14, 2020　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge