# UNITED STATES DISTRICT COURT

## Central District of California

# APPLICATION TO THE CLERK TO TAX COSTS

United States ex rel. Emily Roe,

V.                                        Case Number:  CV 17-8726 DSF (AFMx)

Stanford Healthcare Billing Department, et

Judgment was entered in this action on ___7/14/2020___ / __84__ against  Relator Emily Roe                              .
                                              Date          Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $44.61 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $44.61 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/ Frank E. Sheeder III                                  Frank E. Sheeder III
Signature                                                  Print Name

Attorney for: Stanford Health Care, Stanford Health Care Advantage, The Leland Stanford Junior University, D. Zumwalt, F. Dirbas

Costs are taxed in the amount of _____

_____      By: _____    _____
Clerk of Court                      Deputy Clerk                         Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)**

**Exhibit A to Bill of Costs – Itemization and Documentation**

| CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION OF DOCUMENTS | | | | |
|---|---|---|---|---|
| **Tab** | **Date** | **Description** | **Category** | **Amount** |
| 1 | 1/8/2020 | Delivery of Mandatory Chambers Copies of Notice of Motion and Motion to Dismiss First Amended Complaint, Certificate and Notice of Interested Parties, and supporting documents (Courier – Ace Attorney Service Inc.) | Local Rule 54-3.10(a) (cost of delivering Mandatory Chambers Copies) | $23.11 |
| 2 | 1/27/2020 | Delivery of Mandatory Chambers Copy of Reply in Support of Motion to Dismiss First Amended Complaint and supporting documents (Courier – Ace Attorney Service Inc.) | Local Rule 54-3.10(a) (cost of delivering Mandatory Chambers Copies) | $21.50 |
| | | | **Grand Total:** | $44.61 |

# TAB 1



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| **Invc Date** | **Total Due** |
| 1/22/20 | |
| **Current** | **Over 30 Days** |
| | |
| **Over 60 Days** | **Over 90 Days** |
| | |

ALSTON & BIRD LLP
ATTN:ACCOUNTS PAYABLE
333 SOUTH HOPE ST, 15TH FLOOR
LOS ANGELES, CA 90071

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | | 1/15/20 | | 4 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/07/20 | 1812453 | CND | Caller: ███████  Ref No.: 061542-535742    BASE    :   21.50 | | 23.11 |
| | | | ALSTON & BIRD LLP      USDC           FUEL CHRG :    1.61 | | |
| | | | 333 SOUTH HOPE STREET  350 W. 1ST STREET | | |
| | | | LOS ANGELES           LOS ANGELES | | |
| CHAMBERS COPIES NEXT DAY | | | | | |
| | | | 17CV-08726 DSF        WED 1/8 | | |
| | | | US-V-STANFORD         RE: DOC 42-44(2) 43 | | |
| | | | DELIVER CCJ TO JUDGE  44-44(1) & 45 | | |
| | | | FISCHER *BY NOON* | | |
| | | | Total  Charges for Ref. - 061542-535742:     23.11 | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# ALSTON & BIRD

| Date | Description | Amount  (USD) |
|------|-------------|---------------|



| | | |
|------|-------------|---------------|
| 01/30/2020 | AP - Courier Service - Ace Attorney Service Inc - Inv: 307668 Dated: 01/22/2020 - DELIVER COURTESY COPY TO JUDGE FISCHER AT THE USDC LOS ANGELES ON 1/08/20 RE MTN TO DISMISS, NTC OF INTERESTED PARTIES, PRO HAC APPLICATION FOR SHEEDER AND SUPPLEMENTAL CERTIFICATE OF SERVICE (Order #1812453) Bank ID: 10 Check Number: 8345471 | 23.11 |
| | **Total** | ██████ |

Subtotal Other Charges                                           ██████

**Total This Invoice**                                    ██████ USD

# TAB 2



# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| ███ | |
| 2/07/20 | |
| **Current** | **Over 30 Days** |
| ███ | |
| **Over 60 Days** | **Over 90 Days** |

ALSTON & BIRD LLP
ATTN:ACCOUNTS PAYABLE
333 SOUTH HOPE ST, 15TH FLOOR
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| ███ | | 1/31/20 | ███ | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/27/20 | 1820737 | CND | Caller: ███████  Ref No.: 065142/535742 | BASE : 21.50 | 21.50 |
| CHAMBERS COPIES NEXT DAY | | | ALSTON & BIRD LLP            USDC<br>333 SOUTH HOPE STREET      350 W. 1ST STREET<br>LOS ANGELES                 LOS ANGELES<br><br>17CV-08726                  TUES 1/28<br>US-V-STANFORD               RE:REPLY ISOMTD & DE<br>DELIVER CCJ TO JUDGE        CL F. SHEEDER<br>FISCHER *BY NOON* ON | | | |
| | | | Total  Charges for Ref. - 065142/535742:     21.50 | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

Client: 065142
Matter: 535742

# ALSTON & BIRD

Page 4 of 6
Invoice #11109679
March 13, 2020



SUMMARY OF SERVICES:



Subtotal Fees

OTHER CHARGES:

| Date | Description | Amount (USD) |
|------|-------------|-------------:|
| 02/14/2020 | AP - Courier Service - Ace Attorney Service Inc - Inv: 310555 Dated: 02/07/2020 - DELIVER COURTESY COPY TO JUDGE FISCHER AT THE USDC LOS ANGELES 1/27/20 RE REPLY IN SUPPORT OF MOTION TO DISMISS, DECLARATION OF FRANK SHEEDER (Order #1820737) Bank ID: 10 Check Number: 8346812 | 21.50 |
| | **Total** | **21.50** |

Subtotal Other Charges                                                                 21.50

**Total This Invoice**                                                        USD