KIMBERLY K. CHEMERINSKY (State Bar No. 277637)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: kim.chemerinsky@alston.com

FRANK E. SHEEDER III (Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899
E-mail: frank.sheeder@alston.com

Attorneys for Moving Defendants
**STANFORD HEALTH CARE, STANFORD HEALTH CARE ADVANTAGE, THE LELAND STANFORD JUNIOR UNIVERSITY (A/K/A THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY), DEBRA ZUMWALT, and FREDERICK DIRBAS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *Ex. Relator* Emily Roe., an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 2:17-cv-08726-DSF-AFM<br>Assigned to the Honorable Dale S. Fischer, [Courtroom 7D]<br><br>**DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' OPPOSITION TO RELATOR'S MOTION TO AMEND ORDER DKT. NO. 82**<br><br>[Filed concurrently with Moving Defendants' Opposition to Relator's Motion to Amend Order Dkt. No. 82]<br><br><u>Hearing</u><br><br>Date: August 31, 2020<br>Time: 1:30 p.m.<br>Ctrm: First Street Courthouse<br>     Courtroom 7D<br>     350 West 1st Street<br>     Los Angeles, CA 90012 |

- 1 -
DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' OPPOSITION TO RELATOR'S MOTION TO AMEND ORDER DKT. NO. 82

I, Frank E. Sheeder III, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in Texas since 1987, admitted *pro hac vice* before this Court, and counsel of record in this matter for Defendants Stanford Health Care ("SHC"), Stanford Health Care Advantage ("SHCA"), The Leland Stanford Junior University (a/k/a The Board of Trustees of the Leland Stanford Junior University) (the "University"), Debra Zumwalt ("Ms. Zumwalt"), and Frederick Dirbas ("Dr. Dirbas") (collectively "Moving Defendants"). I submit this declaration in support of Moving Defendants' Opposition to Relator's Motion to Amend Order Dkt. No. 82. The facts set forth herein are based on my personal knowledge and, if called upon to do so, I would competently testify thereto.

2. On July 20, 2020, I received an ECF-generated email notice that Ms. Juarez, Relator's counsel in this matter, had filed a "STATEMENT *and Request to Amend* re: Order on Motion to Dismiss Case," ECF No. 85, at 3:06 p.m. Pacific Daylight Time ("PDT"). A true and correct copy of this notice, with the filing time highlighted, is attached as **Exhibit A**. Note that because my office is located in the Central Time Zone, this and all other attachments to this Declaration show receipt times in Central Daylight Time ("CDT").

3. Ms. Juarez filed ECF No. 85 without ever having conferred with me about it, its anticipated substance, her client's intent to file it, or her client's position that she was entitled to reconsideration of ECF No. 82. I first learned that Relator intended to file that document when I received Exhibit A.

4. One hour after Ms. Juarez had filed ECF No. 85, at 4:06 p.m. PDT, I received an ECF notice that the Court had stricken that filing because "[i]t is a motion for reconsideration; it should be normally noticed and otherwise meet the requirements for such a motion as well as the requirements of Local Rule 7-3." A true and correct copy of this notice, with the filing time highlighted, is attached as **Exhibit B**. Three minutes later, at 4:09 p.m. PDT, I received notice that the Court had corrected the title of its order striking ECF No. 85 but did not change any of the

language quoted above. A true and correct copy of this notice, with the filing time highlighted, is attached as **Exhibit C**.

5. At 4:54 p.m. PDT, which was 6:54 p.m. local time for me, I received the following email from Ms. Juarez:

> As you can see from our Statement filing today, we are requesting that the court amend the Order in ECF 82 to permit the case to remain status quo in the pseudonym. We don't believe that your clients are prejudiced in any way by the status quo in the case and the fact that the case was dismissed with prejudice as to Relator. Please let me know as soon as possible if your office would be agreeable to non-opposition of our motion.
>
> We are also contemplating filing a Notice of Appeal as to this case because there appear to be several areas of FCA law which are impacted by this dismissal.

A true and correct copy of this communication is attached as **Exhibit D**.

6. At 7:24 p.m. PDT, I received an ECF-generated email notice that Ms. Juarez had filed a "NOTICE OF MOTION AND MOTION for Order for (Amended Order) on Dkt. No. 82," ECF No. 87. A true and correct copy of this notice, with the filing time highlighted, is attached as **Exhibit E**.

7. Ms. Juarez filed ECF No. 87 just two and a half hours after I received the email attached as Exhibit D, without awaiting a response from me or having any further communications about the contemplated motion. I am not aware of any other attempt to confer with me about ECF No. 87, its substance, her client's intent to file it, or her client's position that she was entitled to reconsideration of ECF No. 82.

8. It appears that Ms. Juarez did not file any of the "Exhibits" to her Declarations in support of ECF No. 85 or 87. I cannot access them through the Court's docket, and Relator and Ms. Juarez have not served them or provided them to me in any form. I am also unaware of any attempt by either of them to do so.

- 3 -
DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' OPPOSITION TO
RELATOR'S MOTION TO AMEND ORDER DKT. NO. 82

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of August 2020, in Dallas, Texas.

                                           */s/Frank E. Sheeder III*
                                                      Frank E. Sheeder III

# EXHIBIT A

| | |
|---|---|
| From: | cacd_ecfmail@cacd.uscourts.gov |
| Sent: | Monday, July 20, 2020 5:06 PM |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:17-cv-08726-DSF-AFM United States of America et al v. Stanford Healthcare Billing Office et al Statement |

**EXTERNAL SENDER – Proceed with caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Juarez, Gloria on 7/20/2020 at 3:06 PM PDT and filed on 7/20/2020
**Case Name:**       United States of America et al v. Stanford Healthcare Billing Office et al
**Case Number:**     2:17-cv-08726-DSF-AFM
**Filer:**           Emily Roe
**WARNING: CASE CLOSED on 07/14/2020**
**Document Number:** 85

**Docket Text:**
**STATEMENT *and Request to Amend* re: Order on Motion to Dismiss Case[82]. (Juarez, Gloria)**


**2:17-cv-08726-DSF-AFM Notice has been electronically mailed to:**

Frank D Kortum     frank.kortum@usdoj.gov, CaseView.ECF@usdoj.gov

Frank E Sheeder , III     frank.sheeder@alston.com

Gloria M Juarez     gloria@thegjlaw.com, tootsieglo@sbcglobal.net

Kimberly Kisabeth Chemerinsky     kim.chemerinsky@alston.com, heather.thai@alston.com

**2:17-cv-08726-DSF-AFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

1

5

**Document description:** Main Document
**Original filename:** C:\fakepath\20-7-20 1. STATEMENT RE ROE redacted FILE.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/20/2020] [FileNumber=30186965-0
] [4fcad34fc583c04d7904c9a6f08ba275c66586d8ec04434ff1adaf78da8bafd036d
7fa722ef7de0b1a2fbabbdcbc12592e28cf9b55cd3dc38e55e0b794735288]]

# EXHIBIT B

| | |
|---|---|
| From: | cacd_ecfmail@cacd.uscourts.gov |
| Sent: | Monday, July 20, 2020 6:06 PM |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:17-cv-08726-DSF-AFM United States of America et al v. Stanford Healthcare Billing Office et al Text Only Scheduling Notice |

**EXTERNAL SENDER – Proceed with caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/20/2020 at 4:06 PM PDT and filed on 7/20/2020
**Case Name:** United States of America et al v. Stanford Healthcare Billing Office et al
**Case Number:** 2:17-cv-08726-DSF-AFM
**Filer:**
**WARNING: CASE CLOSED on 07/14/2020**
**Document Number:** 86(No document attached)

**Docket Text:**
**TEXT ONLY ENTRY(IN CHAMBERS): ORDER DISMISSING CASE DUE TO SETTLEMENT by Judge Dale S. Fischer: Relator's "Statement and Request to Amend Order" is STRICKEN [85]. It is a motion for reconsideration; it should be normally noticed and otherwise meet the requirements for such a motion as well as the requirements of Local Rule 7-3. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rfi) TEXT ONLY ENTRY**


**2:17-cv-08726-DSF-AFM Notice has been electronically mailed to:**

Frank D Kortum     frank.kortum@usdoj.gov, CaseView.ECF@usdoj.gov

Frank E Sheeder , III    frank.sheeder@alston.com

Gloria M Juarez    gloria@thegjlaw.com, tootsieglo@sbcglobal.net

1

7

Kimberly Kisabeth Chemerinsky     kim.chemerinsky@alston.com, heather.thai@alston.com

**2:17-cv-08726-DSF-AFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

# EXHIBIT C

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, July 20, 2020 6:09 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-08726-DSF-AFM United States of America et al v. Stanford Healthcare Billing Office et al Text Only Scheduling Notice |

**EXTERNAL SENDER – Proceed with caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/20/2020 at 4:09 PM PDT and filed on 7/20/2020
**Case Name:** United States of America et al v. Stanford Healthcare Billing Office et al
**Case Number:** [2:17-cv-08726-DSF-AFM](#)
**Filer:**
**WARNING: CASE CLOSED on 07/14/2020**
**Document Number:** 86(No document attached)

**Docket Text:**
**TEXT ONLY ENTRY (IN CHAMBERS): ORDER by Judge Dale S. Fischer. Relator's "Statement and Request to Amend Order" is STRICKEN. [85] It is a motion for reconsideration; it should be normally noticed and otherwise meet the requirements for such a motion as well as the requirements of Local Rule 7-3. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rfi) TEXT ONLY ENTRY**


**2:17-cv-08726-DSF-AFM Notice has been electronically mailed to:**

Frank D Kortum    frank.kortum@usdoj.gov, CaseView.ECF@usdoj.gov

Frank E Sheeder , III    frank.sheeder@alston.com

Gloria M Juarez    gloria@thegjlaw.com, tootsieglo@sbcglobal.net

Kimberly Kisabeth Chemerinsky     kim.chemerinsky@alston.com, heather.thai@alston.com

**2:17-cv-08726-DSF-AFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

2

10

# EXHIBIT D

| | |
|---|---|
| **From:** | GLORIA JUAREZ, ESQ. LAW <gloria@thegjlaw.com> |
| **Sent:** | Monday, July 20, 2020 6:54 PM |
| **To:** | Sheeder, Frank; Chemerinsky, Kim |
| **Subject:** | Time Sensitive Motion |

**EXTERNAL SENDER – Proceed with caution**

Hi Frank,

As you can see from our Statement filing today, we are requesting that the court amend the Order in ECF 82 to permit the case to remain status quo in the pseudonym. We don't believe that your clients are prejudiced in any way by the status quo in the case and the fact that the case was dismissed with prejudice as to Relator.

Please let me know as soon as possible if your office would be agreeable to non-opposition of our motion.

We are also contemplating filing a Notice of Appeal as to this case because there appear to be several areas of FCA law which are impacted by this dismissal.

Sincerely,
Gloria

--

# GJ

**Gloria Juarez**
**LAW OFFICES OF GLORIA JUAREZ**

**ORANGE COUNTY OFFICE**
**26081 Merit Circle , Suite 112**
**Laguna Hills, CA 92653**
**Tel. 213-598-4439**
Facsimile 714-919-0254

1

11

# EXHIBIT E

| | |
|---|---|
| From: | cacd_ecfmail@cacd.uscourts.gov |
| Sent: | Monday, July 20, 2020 9:24 PM |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:17-cv-08726-DSF-AFM United States of America et al v. Stanford Healthcare Billing Office et al Motion for Order |

**EXTERNAL SENDER – Proceed with caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Juarez, Gloria on 7/20/2020 at 7:24 PM PDT and filed on 7/20/2020

**Case Name:**   United States of America et al v. Stanford Healthcare Billing Office et al
**Case Number:**   2:17-cv-08726-DSF-AFM
**Filer:**   Emily Roe
**WARNING: CASE CLOSED on 07/14/2020**
**Document Number:** 87

**Docket Text:**
**NOTICE OF MOTION AND MOTION for Order for (Amended Order) on Dkt. No. 82 filed by Relator Emily Roe. Motion set for hearing on 8/31/2020 at 01:30 PM before Judge Dale S. Fischer. (Juarez, Gloria)**

**2:17-cv-08726-DSF-AFM Notice has been electronically mailed to:**

Frank D Kortum    frank.kortum@usdoj.gov, CaseView.ECF@usdoj.gov

Frank E Sheeder , III    frank.sheeder@alston.com

Gloria M Juarez    gloria@thegjlaw.com, tootsieglo@sbcglobal.net

Kimberly Kisabeth Chemerinsky    kim.chemerinsky@alston.com, heather.thai@alston.com

**2:17-cv-08726-DSF-AFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\20-8-31 NOTICE MPA.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/20/2020] [FileNumber=30189970-0
] [9c48345f8c7bc149693d44014a45e97d50287eaed35829a217d7fe8f31f538a96c6
5598bc617f4fdbe4b9a2120bbfbfbcbd680ce4650476d8a0d1f9e43d45ce8]]

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I caused a copy of the **DECLARATION OF FRANK E. SHEEDER III IN SUPPORT OF MOVING DEFENDANTS' OPPOSITION TO RELATOR'S MOTION TO AMEND ORDER DKT. NO. 82** to be served upon the following counsel and parties in interest via the Court's CM/ECF system:

| | |
|---|---|
| Gloria Juarez, Esq.<br>Law Offices of Gloria Juarez<br>26081 Merit Circle, Suite 112<br>Laguna Hills, California 92653 | Frank D. Kortum<br>Assistant United States Attorney<br>Room 7516, Federal Building<br>300 N. Los Angeles St.<br>Los Angeles, CA 90012 |
| **Counsel for Relator** | **Counsel for the United States of America** |

/s/   *Frank E. Sheeder III*
Counsel for Moving Defendants