UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMILY ROE, Relator; ex. rel. United States of America; ex. rel. State of California, | No. 20-55874 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-08726-DSF-AFM Central District of California, Los Angeles |
| and | |
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA, | ORDER |
| Plaintiffs, | |
| v. | |
| STANFORD HEALTH CARE, FKA Stanford Hospitals and Clinics; FREDERICK DIRBAS, Dr.; STANFORD HEALTHCARE BILLING DEPARTMENT; THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE; THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDRENS HOSPITAL AT STANDORD; THE LELAND JUNIOR UNIVERSITY; THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY; DEBRA ZUMWALT; STANFORD HEALTH CARE ADVANTAGE, | |
| Defendants-Appellees, | |
| and | |
| LOS ANGELES COUNTY DISTRICT | |

> ATTORNEY'S OFFICE, Interested Party,
>
> Defendant.

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Subject to reconsideration by the merits panel, appellant's motion (Docket Entry No. 34) to file under seal Volume 5 of the excerpts of record and to file under seal and in camera Volume 6 of the excerpts of record, and appellant's motion (Docket Entry No. 41) to seal appellees' motion to strike, are granted.

The Clerk will publicly file appellant's motion to seal (Docket Entry No. 34-1), the opening brief (Docket Entry No. 31), and Volumes 1 through 4 of the excerpts of record (Docket Entry No. 32). The Clerk will file under seal Volume 5 of the excerpts of record (Docket Entry No. 34-2) and appellees' motion to strike (Docket Entry No. 40), and file under seal and in camera Volume 6 of the excerpts of record (Docket Entry No. 34-3).

Appellant's motion to take judicial notice (Docket Entry No. 33), appellees' motion to strike (Docket Entry No. 40), and appellant's motion to strike and for sanctions (Docket Entry No. 41) are referred to the merits panel.

The motion to become amicus curiae (Docket Entry No. 35) will be addressed by separate order.

The existing briefing schedule remains in effect.