1  Gloria M. Juarez, California State Bar No. 109115
2  **LAW OFFICES OF GLORIA JUAREZ**
   28202 Cabot Road, Third Floor
3  Laguna Niguel, CA 92677
4  Tel: 949-288-3402
5  Fax: 714-919-0254
   Email: Gloria@theGJlaw.com
6  ATTORNEYS FOR RELATOR EMILY ROE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA. *ex. Relator* Emily Roe., an individual.<br>    Plaintiff,<br><br>vs.<br><br>STANFORD HEALTHCARE BILLING DEPARTMENT, STANFORD HEALTH CARE (FORMERLY KNOWN AS STANFORD HOSPITALS AND CLINICS), DR. FREDERICK DIRBAS, DEBRA ZUMWALT, THE BOARD OF DIRECTORS OF THE STANFORD HEALTH CARE, THE BOARD OF DIRECTORS OF THE LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, THE LELAND JUNIOR UNIVERSITY, THE BOARD OF TRUSTEES OF STANFORD UNIVERSITY, STANFORD HEALTH CARE ADVANTAGE, and DOES 1-10, inclusive,<br>    Defendants. | **Case No.: CV17-08726-DSF(AFMx)**<br>JUDGE:  The Hon. Dale S. Fischer<br><br>**RELATOR'S REQUEST TO USDC FISCAL DEPARTMENT TO REFUND $300 SANCTIONS REMITTED UNDER DOCUMENT NO. 94**<br><br><br>Complaint Filed:     Dec. 4, 2017<br>Complaint unsealed:  July 30, 2019 |

1

Whereby on August 28, 2020 Relator remitted $300 to the District Court fiscal Department under Docket No. 94 pursuant to the Order of the District Court; and

Whereby on March 15, 2022 the Ninth Circuit Court of Appeals **reversed** in part the decision of the District Court under Docket No. 99;

Therefore, Relator Emily Roe submits a request for a refund of $300 to the Court for the remittance under Docket NO. 94.

Dated: March 17, 2022

                            Respectfully Submitted,

                            s/ Gloria Juarez
                        GLORIA MORIN JUAREZ
                        **LAW OFFICES OF GLORIA JUAREZ**
                        Attorneys for Relator